IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                  **PLAINTIFF**

**v.**                      **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS LLC**                                    **DEFENDANT**

## ORDER

Plaintiff filed an amended complaint [Doc. No. 15], apparently in response to defendant's motion to dismiss [Doc. No. 13], but failed to move for leave to do so. *See* Fed. R. Civ. P. 15; Final Scheduling Order, Doc. No. 8.

Plaintiff has fourteen days to file a proper motion for leave to amend his complaint. If he fails to do so, the original complaint [Doc. No. 1] will remain operative and a ruling will be issued on defendant's unopposed motion to dismiss.

IT IS SO ORDERED this 21st day of February, 2023.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE