IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                                                             **PLAINTIFF**

v.                                          **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS, LLC**                                                                                  **DEFENDANT**

### ORDER

Red Mule Express, LLC's motion to dismiss Richard Monahan's complaint [Doc. No. 13] is denied as moot, because Monahan has amended it. Red Mule's motion to dismiss the amended complaint [Doc. No. 19] is also denied.

### I. BACKGROUND

Monahan alleges that Red Mule violated the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA") by failing to properly pay overtime wages, and Red Mule is moving to dismiss.

### II. LEGAL STANDARD

Federal Rule of Civil Procedure 12(b)(6) permits dismissal when a plaintiff fails to state a claim upon which relief may be granted. To overcome dismissal, the complaint must allege sufficient facts to entitle the plaintiff to the relief sought. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Although detailed factual allegations are not required, threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, are insufficient. *Ashcroft*, 556 U.S. at 678.

Well pleaded allegations in a complaint are accepted as true and construed in the light most favorable to the plaintiff. *Id.*

### III. DISCUSSION

Red Mule's motion to dismiss is denied because Monahan has sufficiently alleged FLSA and AMWA claims. The amended complaint alleges that Red Mule employed Monohan in an hourly-paid position from August 2021 until March 2022. Am. Compl. at ¶ 19. It alleges that Monahan regularly worked more than forty hours per week, but was not compensated for the overtime that he worked. *Id.* at ¶¶ 22–28. It alleges that, pursuant to Red Mule policy, Monahan recorded his time on paper time sheets and that Red Mule knew or should have known when he was working more than forty hours. *Id.* at ¶¶ 29–30. It finally alleges that Red Mule would sometimes require him to clock out but continue working off the clock, which resulted in unrecorded time and uncompensated hours worked. *Id.* at ¶¶ 28–31.

IT IS SO ORDERED this 19th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE