IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

I.

**RICHARD MONAHAN**                                                                                       **PLAINTIFF**

vs.                                              No. 3:22-cv-129-BSM

**RED MULE EXPRESS, LLC**                                                                      **DEFENDANT**

## PLAINTIFF'S STATUS REPORT

Plaintiff Richard Monahan submits his Status Report pursuant to this Court's Final Scheduling Order (ECF No. 8):

1. The parties have engaged in formal and informal discovery.

2. The Parties have not engaged in or scheduled a mediation, and have not yet engaged in meaningful discussions regarding settlement.

3. Plaintiff believes that a settlement conference may lead to fruitful settlement negotiations and therefore requests that this Court order a settlement conference.

4. Plaintiff anticipates that a bench trial will take approximately 1-2 days.

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com