IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                                                          PLAINTIFF

vs.                                              No. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                                                           DEFENDANT

## DEFENDANT'S STATUS REPORT

Comes Defendant, Red Mule Express, LLC, by and through its undersigned attorney, and submits its Status Report pursuant to this Court's Final Scheduling Order (ECF No. 8):

1. The parties have engaged in formal and informal discovery.

2. Defendant is attempting to determine Defendant's legal liability.

3. The parties anticipate that a bench trial will take approximately 1-2 days.

        Respectfully submitted,

        Larry J. Steele
        Ark. Bar No. 78146
        Attorney for Defendant
        LARRY J. STEELE PLC
        225 West Elm Street
        P.O. Box 561
        Walnut Ridge, AR  72476-0561
        (870) 886-5840
        (870) 886-5873 fax
        email:  steelelaw7622@sbcglobal.net

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Daniel Ford
Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: daniel@sanfordlawfirm.com
Email: josh@sanfordlawfirm.com

                                                Larry J. Steele