**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**RICHARD MONAHAN** **PLAINTIFF**

**v.** **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS LLC** **DEFENDANT**

**ORDER**

The bench trial herein will begin on Tuesday, January 23, 2024, at 9:30 a.m. in the E. C. 'Took' Gathings Federal Building, 615 S. Main, Jonesboro, Arkansas, in Courtroom #324.

IT IS SO ORDERED this 5th day of January, 2024.

Brian S. Miller
UNITED STATES DISTRICT JUDGE