IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                 **PLAINTIFF**

vs.                                  No. 3:22-cv-129-BSM

**RED MULE EXPRESS, LLC**                                **DEFENDANT**

### JOINT MOTION FOR REFERRAL TO
### MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

Plaintiff Richard Monahan and Defendant Red Mule Express, LLC., by and through their respective undersigned counsel, for their Joint Motion for Referral to Magistrate for Settlement Conference, hereby state and allege as follows:

1. This matter is set for a bench trial on Tuesday, January 23, 2024, in Jonesboro.

2. Plaintiff's counsel spoke with Defendant's counsel this afternoon regarding trial and potential settlement of this matter. Defendant's counsel stated that Defendant disputes any liability but is prepared to tender a check to Plaintiff in the amount of $400.29 for his alleged unpaid wages.

3. Plaintiff asserts that Defendant is liable to him for $4,950.00, which consists of back wages in the amount of $2,475.00 and liquidated damages in the amount of $2,475.00.

4. Given the relatively small difference between Plaintiff's alleged damages and Defendant's current settlement offer, the Parties believe that the best use of their time and the Court's resources would be to attempt to revolve this dispute at a Zoom

magistrate settlement conference prior to trial.

5. The Parties hereby jointly move the Court to refer this case to a magistrate judge for a settlement conference to be held at the magistrate judge's earliest convenience.

6. The Parties understand that if this Motion is granted the trial will need to be continued, and they do not object to a continuance.

WHEREFORE, premises considered, the Parties respectfully pray that their Joint Motion for Referral to Magistrate Judge for Settlement Conference be granted in its entirety, that this case be referred to a magistrate judge for a settlement conference, and for all other relief the Court my find necessary or proper.

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT RED MULE EXPRESS, LLC**

LARRY J. STEELE PLC
225 West Elm Street
Walnut Ridge, Arkansas 72476

        Telephone: (870) 886-5840
        Facsimile: (870) 886-5873

        */s/ Larry J. Steele (w/permission)*
        Larry J. Steele
        Ark. Bar No. 78146
        steelelaw7622@sbcglobal.net