IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**             **PLAINTIFF**

vs.            No. 3:22-cv-129-BSM

**RED MULE EXPRESS, LLC**             **DEFENDANT**

## JOINT MOTION TO CONTINUE TRIAL

Plaintiff Richard Monahan and Defendant Red Mule Express, LLC., by and through their respective undersigned counsel, for their Joint Motion to Continue Trial, hereby state and allege as follows:

1. By Order dated January 5, 2024, the Court set a bench trial in this case to begin on January 23, 2024. ECF No. 33.

2. On January 10, the Parties filed a Joint Motion for Referral to Magistrate Judge for Settlement Conference. ECF No. 34.

3. In light of the request for referral to magistrate judge for settlement conference, the Parties request that the bench trial be continued and removed from the Court calendar for the January 23, 2024, setting.

4. This motion is not for the purpose of delaying the resolution of this case or for any other improper purpose.

WHEREFORE, premises considered, Plaintiff and Defendant jointly request this Court enter an Order continuing the trial currently scheduled for January 23, 2024, and for all other necessary and proper relief.

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and     **DEFENDANT RED MULE EXPRESS, LLC**

LARRY J. STEELE PLC
225 West Elm Street
Walnut Ridge, Arkansas 72476
Telephone: (870) 886-5840
Facsimile: (870) 886-5873

*/s/ Larry J. Steele (w/permission)*
Larry J. Steele
Ark. Bar No. 78146
steelelaw7622@sbcglobal.net