IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                                                       **PLAINTIFF**

v.                              **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS, LLC**                                                                       **DEFENDANT**

## ORDER

The parties' joint motion for a referral to a magistrate judge for a settlement conference [Doc. No. 34] and joint motion to continue trial [Doc. No. 35] are granted. This case is referred to United States Magistrate Judge Jerome T. Kearney to conduct a settlement conference. Judge Kearney will issue a separate order providing the details of the conference. A new trial date will be set by separate notice.

IT IS SO ORDERED this 12th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE