# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RICHARD MONAHAN                                                      PLAINTIFF

VS.                                      NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                    DEFENDANT

## MOTION TO DISMISS

Comes Defendant, Red Mule Express, LLC ("Red Mule"), by and through its attorney, Larry J. Steele PLC, and for its Motion to Dismiss, states:

1. Without admitting liability, Defendant Red Mule states it has paid Plaintiff, Richard Monahan ("Monahan"), Two Hundred Seventy-Five and no/100 ($275.00) in cash, and Four Hundred Twenty-Nine and no/100 Dollars ($429.00) by check based on Plaintiff's original timesheets.

2. Based on the payments of Two Hundred Seventy-Five and no/100 ($275.00) in cash and Four Hundred Twenty-Nine and no/100 Dollars ($429.00) by check for Plaintiff Monahan's request of overtime and the law, the Court should enter an Order dismissing with prejudice the pending action herein.

3. A brief in support of this motion is being filed simultaneously.

4. Defendant Red Mule requests attorney's fees for any further action required.

5. Attached are the following exhibits which corroborate said payment:

    A. Cover letter from this attorney to Plaintiff's current attorney

    B. Return receipt showing receipt by an agent of Plaintiff's current attorney's law firm

    C. Copy of a check in the amount of Four Hundred Twenty-Nine and no/100 Dollars ($429.00)

    D.    Affidavit of Saeed Quhshi, owner of Defendant Red Mule,
with Plaintiff Monahan's work schedule from 12-31-2021 to 2-10-2022

                                      Respectfully submitted,

                                      Larry J. Steele
                                      Ark. Bar No. 78146
                                      Attorney for Defendant
                                      LARRY J. STEELE PLC
                                      225 West Elm Street
                                      P.O. Box 561
                                      Walnut Ridge, AR  72476-0561
                                      (870) 886-5840
                                      (870) 886-5873 fax
                                      email:  steelelaw7622@sbcglobal.net

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Laura Edmondson
Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: laura@sanfordlawfirm.com
Email: josh@sanfordlawfirm.com

                                                                             Larry J. Steele