# Larry J. Steele PLC
### ATTORNEY AT LAW
P.O. Box 561
WALNUT RIDGE, AR 72476-0561

Phone: (870) 886-5840
Fax: (870) 886-5873

Physical Address: 225 West Elm Street
Email: steelelaw7622@sbcglobal.net

**CERTIFIED**
**RETURN RECEIPT REQUESTED**
**7017 1450 0000 4180 9423**

January 11, 2024

Mr. Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

    RE:    Richard Monahan v. Red Mule Express, LLC
             Case No. 3:22-cv-129

Dear Sean:

    Enclosed please find a check made to Plaintiff, Richard Monahan, in the amount of $429.00 based on Plaintiff's original time sheets, along with an Affidavit with a summary of the basis for the check. The owner of Red Mule Express, LLC does not feel he legally owes anything, but is paying said amount out of caution.

Sincerely,

*Larry J. Steele*
Larry J. Steele

LJS/jas
Enclosures
cc:    Saeed Quhshi (w/encl.)

**EXHIBIT A**