| | 1847 |
|---|---|
| **RED MULE EXPRESS LLC**<br>1706 HWY 62 412<br>HIGHLAND, AR 72542 | SECURED BY EZSHIELD<br>81-275/829 |

DATE 01-10-24

PAY TO THE ORDER OF: Richard Monahan     $ 429/⁰⁰

four hundreds twenty nine ———— DOLLARS

FOR _____   [signature]

EXHIBIT
C