IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                          PLAINTIFF

VS.                              NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                                    DEFENDANT

### AFFIDAVIT

Having been duly sworn, under oath, I, Saeed Quhshi, state that I am above the age of eighteen (18), and further state.

1. I own Red Mule Express LLC.

2. Richard Monahan was an employee of Red Mule Express, LLC.

3. Attached is a schedule of when Richard Monahan worked, from 12-31-2021 to 2-10-2022.

4. During this period, 12-31-2021 to 2-10-2022, Richard Monahan worked another employee's hours for a total of 25 hours and 5 minutes by agreement with the co-employee.

5. I paid Richard Monahan $11.00 per hour, in cash, for the 25 hours.

6. Out of caution I paid Richard Monahan $429.00 on January 10, 2024, even though I do not admit I owe Richard Monahan.

_____
Saeed Quhshi



## VERIFICATION

STATE OF ARKANSAS   )
                    )ss.
COUNTY OF LAWRENCE  )

    I, Saeed Quhshi, the undersigned, after being duly sworn, states on oath that the facts and matters contained in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief.

_____
Saeed Quhshi

    On this 10th day of January, 2024, personally appeared before me, the undersigned, a Notary Public in and for the County and State aforesaid, SAEED QUHSHI, to me well known to be the person whose name appears above, after being duly sworn, stated the facts and matters contained in the foregoing Affidavit are true and correct to the best of his knowledge, information and belief.

My Commission Expires:
2-24-2025

_____
Notary Public

MICHELLE L. EVANS
NOTARY PUBLIC-STATE OF ARKANSAS
LAWRENCE COUNTY
My Commission Expires 2-24-2025
Commission # 12403264

2

# Red Mule

OT

| | | | | | |
|---|---|---|---|---|---|
| **WEEK 1** | FRI | 12-31 | 7:40-4:20 | 8h. 40min | |
| | SAT | 1-1 | 10:40-8:45 | 10h. 5min | |
| | SUN | 1-2 | 7:50-9:50 | 14h | |
| | MON | 1-3 | 7:45-2:45 | 7h | |
| | TUES | 1-4 | 7:40-2:50 | 7h 10min | |
| | WED | 1-5 | OFF | — | |
| | THU | 1-6 | 7:40-2:20 | 6h 40min | |
| | | | | 53h 35min −40 = | 13H 35M |
| **WEEK 2** | FRI | 1-7 | 7:40-2:40 | 7h | |
| | SAT | 1-8 | OFF | — | |
| | SUN | 1-9 | 7:40-2:20/7p-7:40  (6:40) | 7h 20min | |
| | MON | 1-10 | 7:45-2:30 | 6h 45min | |
| | TUE | 1-11 | OFF | — | |
| | WED | 1-12 | 7:40 - ? | incomplete info | |
| | THU | 1-13 | ? | " " " | |
| | | | | 21h 5mins | NONE |
| **WEEK 3** | FRI | 1-14 | 7:40 - 2:20 | • 6h 40 mins | |
| | SAT | 1-15 | 8:30 - 2:30 | 6h | |
| | SUN | 1-16 | 7:40 - 2:40 | 7h | |
| | MON | 1-17 | 7:40 - 3 | 7h 20 mins | |
| | TUE | 1-18 | OFF | — | |
| | WED | 1-19 | 5:45 - 2:20 | 8h 35 mins | |
| | THU | 1-20 | 7:40 - 4 | 8h 20 mins | |
| | | | | 44h   −40 = | 4H |

OT

| WEEK | Day | Date | Hours | Total | OT |
|---|---|---|---|---|---|
| WEEK 4 | FRI | 1-21 | 7:40-2:20 | 6h 40m | |
| | SAT | 1-22 | 7:40-2:15 | 6h 35m | |
| | SUN | 1-23 | 7:40-2:15 | 6h 35m | |
| | MON | 1-24 | 7:40-2:06 | 6h 26m | |
| | TUE | 1-25 | OFF | — | |
| | WED | 1-26 | 7:40-2:10 | 6h 30m | |
| | THU | 1-27 | 7:40-2:13 | 6h 33m | |
| | | | | 39h 19m | NONE |
| WEEK 5 | FRI | 1-28 | 7:40-2:04 | 6h 24m | |
| | SAT | 1-29 | 7:40-2:05 | 6h 25m | |
| | SUN | 1-30 | 7:40-2:10 | 6h 30m | |
| | MON | 1-31 | 7:40-2:05 | 6h 25m | |
| | TUE | 2-1 | OFF | — | |
| | WED | 2-2 | 7:40-2:07 | 6h 27m | |
| | THUR | 2-3 | 7:40-2:10 | 6h 30m | |
| | | | | 38h 41m | NONE |
| WEEK 6 | FRI | 2-4 | 7:40-9:40p | 14h | |
| | SAT | 2-5 | 7:40-2:30 | 6h 50m | |
| | SUN | 2-6 | 7:40-2:14 | 6h 34m | |
| | MON | 2-7 | 7:30-2:04 | 6h 34m | |
| | TUE | 2-8 | OFF | — | |
| | WED | 2-9 | 7:30-2:15 | 6h 45m | |
| | THU | 2-10 | 7:30-2:20 | 6h 50m | |
| | | | | 47h 33m - 40 = | 7h 30m |

TOTAL 25h 05min



NAME: Rich monahan   Phone number 941-705-5949 16

| DAY | | IN | OUT | | | | | | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 12-31 | Thur 12/31 | 7:30 | 4:30 | | | | | 8:40 | |
| 1-1 | Sat 1/1 | 10:30 | 8:45 | | | | | 10 | 9:45 |
| 1-2 | Sun 1/2 | 7:30 | 4:50 | | | | | 10 | 10:45 |
| 1-3 | Mon 1/3 | 7:45 | 2:30 | | | | | 7 | 14:45 |
| 1-4 | Tue 1/4 | 7:40 | 2:30 | | | | | 7 | 32:45 |
| 1-5 | Wed 1/5 | OFF | | | | | | | 39:45 |
| 1-6 | Thu 1/6 | OFF | | | | | | | |
| 1-7 | Fri 1/7 | 7:40 | 2:20 | | | | | 7 | 46:55 |
| 1-8 | Sat 1/8 | 7:40 | 2:40 | | | | | | |
| 1-9 | Sun 1/9 | 7:40 | 2:20 | 7:40 | | | OFF | | 53:35 |
| 1-10 | Mon 1/10 | OFF | | | | | | | |
| 1-11 | Tue 1/11 | OFF OFF | | | | | | | |
| 1-12 | | | | | | | | | |



Monahan000006



Name: Rose
Phone number: 91?-??89-??

| Date | Day | | In | Out | Total per day |
|---|---|---|---|---|---|
| 1-28 | Fri | 1/8 | 7:40 | 3:04 | |
| 1-29 | Sat | 1/? | 7:40 | 3:05 | |
| 1-30 | Sun | 1/? | 7:40 | 3:10 | |
| 1-31 | Mon | 1/31 | 7:40 | 3:05 | |
| 2-1 | Tue | | OFF | | |
| 2-2 | Wed | 1/? | 7:40 | 3:07 | |
| 2-3 | Thu | 1/? | 7:40 | 3:10 | |
| 2-4 | Fri | 1/? | 7:40 | 9:40 pm | 14 hrs |
| 2-5 | Sat | 1/? | 7:40 | 2:30 pm | 6 hrs 50 min |
| 2-6 | Sun | 1/? | 7:40 | 2:14 | 6 hrs 24 min |
| 2-7 | Mon | 1/? | 7:20 | 2:04 | 6 hrs 24 min |
| 2-8 | Tue | | OFF | | |
| 2-9 | Wed | 1/? | 7:30 | 2:15 | 6 hrs 45 min |
| 2-10 | Thu | 1/? | 7:30 | 2:28 | 6 hrs 79 min |

46.03 hrs

45