**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

RICHARD MONAHAN                                                                          PLAINTIFF

VS.                                                NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                                              DEFENDANT

## BRIEF IN SUPPORT OF MOTION TO DISMISS

Defendant, Red Mule Express, LLC ("Red Mule"), paid what Plaintiff, Richard Monahan ("Monahan"), requested without order of the Court. Numerous cases have held that an action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 203, does not warrant attorney's fees if the requested overtime is paid before a court order is entered. *See Buckhannon Board & Care Home, Inc., et al. v. West Virginia Department of Health and Human Resources, et al.*, 532 U.S. 598 (2001). *See also Fast v. Cash Depot, Ltd.*, No. 18-3571 (7th Cir. 2019), which relied on *Buckhannon, supra*.

An employer who tenders the entire amount of overtime damages can bar a Plaintiff's claim for FLSA attorney's fees. *Dionne v. Floormasters Enterprises, Inc.*, 667 F.3d 1199, 1200 (11th Cir. 2012).

Respectfully submitted,

Larry J. Steele
Ark. Bar No. 78146
Attorney for Defendant
LARRY J. STEELE PLC
225 West Elm Street
P.O. Box 561
Walnut Ridge, AR  72476-0561
(870) 886-5840
(870) 886-5873 fax
email:  steelelaw7622@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Laura Edmondson
Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: laura@sanfordlawfirm.com
Email: josh@sanfordlawfirm.com

Larry J. Steele