UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                                              **PLAINTIFF**

**v.**                    **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS LLC**                                      **DEFENDANT**

## **ORDER**

The bench trial herein will begin on Tuesday, October 8, 2024, at 9:30 a.m. in the E. C. 'Took' Gathings Federal Building, 615 S. Main, Jonesboro, Arkansas, in Courtroom #324.

IT IS SO ORDERED this 27th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE