#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF ARKANSAS
#### NORTHERN DIVISION

RICHARD MONAHAN                                                          PLAINTIFF

VS.                         NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                    DEFENDANT

### MOTION TO RECONSIDER

Comes Defendant, Red Mule Express, LLC ("Red Mule"), by and through its attorney, Larry J. Steele PLC, and for its Motion to Reconsider, states:

1. On September 27, 2024, the Court denied Defendant's Motion to Dismiss, stating the Court should approve the settlement when it reflects a reasonable compromise over issues and that Plaintiff states issues exist.

2. Defendant's attempt at settlement of Plaintiff's alleged claims were based on Plaintiff's work records previously turned into Defendant.

3. Other than Plaintiff's personal work records, Plaintiff has made no claim of computation of back wages in his Complaint or Amended Complaint that are actually in dispute.

4. Plaintiff has merely alleged he worked over 40 hours in several weeks for which he alleged he was uncompensated.

5. Plaintiff's allegations in his Complaint and Amended Complaint lacked the "specificity" required, therefore, Plaintiff did not state a plausible claim for relief.

6. Plaintiff's pleadings tracked the statutory language of the Fair Labor Standards Act ("FLSA") but alleged no particular facts sufficient to raise a plausible inference of an FLSA overtime violation.

7. Defendant refers to its Brief filed simultaneously herewith.

WHEREFORE, Defendant prays Plaintiff's Amended Complaint be dismissed with prejudice.

                                              Respectfully submitted,

                                              Larry J. Steele
                                              Ark. Bar No. 78146
                                              Attorney for Defendant
                                              LARRY J. STEELE PLC
                                              225 West Elm Street
                                              P.O. Box 561
                                              Walnut Ridge, AR  72476-0561
                                              (870) 886-5840
                                              (870) 886-5873 fax
                                              email:  steelelaw7622@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Sean Short
    SANFORD LAW FIRM, PLLC
    10800 Financial Centre Parkway, Suite 510
    Little Rock, Arkansas 72211
    Email: sean@sanfordlawfirm.com

                                              Larry J. Steele