IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                                                   PLAINTIFF

VS.                                          NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                                                        DEFENDANT

## BRIEF IN SUPPORT OF MOTION TO RECONSIDER

Plaintiff, Richard Monahan ("Monahan"), has filed a Complaint and Amended Complaint for overtime pay pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff Monahan failed to allege with specificity his hours work, only stating he worked over 40 hours some weeks.

Defendant, Red Mule Express, LLC ("Red Mule"), attempted to settle Plaintiff's pending claim by paying Defendant based on his timesheets he turned in.

Plaintiff's Complaint and Amended Complaint should be dismissed based on the law which includes, but is not limited to, *DeJesus v. HF Management Services, LLC*, 726 F.3d 85 (2013). *(See Exhibit A)* The "complaint must [nonetheless] contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)).

Respectfully submitted,

Larry J. Steele
Ark. Bar No. 78146
Attorney for Defendant
LARRY J. STEELE PLC
225 West Elm Street
P.O. Box 561
Walnut Ridge, AR  72476-0561
(870) 886-5840
(870) 886-5873 fax
email:  steelelaw7622@sbcglobal.net

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Sean Short
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: sean@sanfordlawfirm.com

                                                                Larry J. Steele