IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                                           PLAINTIFF

VS.                                         NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                                            DEFENDANT

**MOTION TO CONTINUE**

Comes Defendant, Red Mule Express, LLC ("Red Mule"), by and through its attorney, Larry J. Steele PLC, and for its Motion to Continue, states:

1. A key witness for Defendant Red Mule, a paralegal involved in the case from the beginning who worked on overtime computation based on Plaintiff's personal records, experienced a death in the family on September 30, 2024.

2. The witness's five-year-old granddaughter, a patient at St. Jude and Le Bonheur Children's Hospital in Memphis, Tennessee, succumbed to high-risk pediatric neuroblastoma.

3. A memorial service will be held Saturday, October 5, 2024 at House-Greg Funeral Chapel in Walnut Ridge, Arkansas.

WHEREFORE, Defendant prays the Court continue the hearing set for Tuesday, October 8, 2024 for a reasonable time for its witness to recover from the October 5, 2024 memorial service of her five-year-old deceased granddaughter and to recover mentally.

Respectfully submitted,

Larry J. Steele
Ark. Bar No. 78146
Attorney for Defendant
LARRY J. STEELE PLC
225 West Elm Street
P.O. Box 561
Walnut Ridge, AR  72476-0561
(870) 886-5840
(870) 886-5873 fax
email:  steelelaw7622@sbcglobal.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Sean Short
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: sean@sanfordlawfirm.com

Larry J. Steele