IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                                                      **PLAINTIFF**

vs.                                              No. 3:22-cv-129-BSM

**RED MULE EXPRESS, LLC**                                                                      **DEFENDANT**

**RESPONSE TO MOTION TO CONTINUE**

Defendant's Motion to Continue (ECF No. 47) asks the Court to make a tough decision: is Defendant's counsel ignorant of the Rules of Professional Conduct or does counsel simply not care about them?  Plaintiff takes no position on that issue.  The Motion tells a story that is as sad as it is irrelevant.  This Court has never and will never permit a party to call an undisclosed witness who has no direct knowledge of the facts of the case and *whose proposed incompetent testimony would act to disqualify Defendant's counsel from continued work on the case*.  Ark. R. Prof. Cond. 3.7. The Motion wholly fails to show good cause as to why the trial cannot proceed in the absence of Defendant's counsel's paralegal.  Assuming the trial is continued to a later date, this witness would still be excluded from testifying because: 1) she has never been disclosed as a witness, and 2) she is not qualified to testify in this matter.

Defendant's counsel's paralegal has no direct, personal knowledge that would make her competent to testify, nor has she been identified as an expert qualified to give testimony as to her purported work on overtime computation. As such, this individual's availability is immaterial to whether or not this case can fairly procced to trail in her absence because there are no grounds for establishing that the Defendant will be

prejudiced without her at trial. This case has been pending for over two years. Accordingly, Defendant's Motion to Continue must be denied and this case should proceed to trial next week.

    Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 500
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com