IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                     **PLAINTIFF**

vs.                              No. 3:22-cv-129-BSM

**RED MULE EXPRESS, LLC**                               **DEFENDANT**

## RESPONSE TO SUPPLEMENT TO MOTION TO CONTINUE

Plaintiff does not dispute that the facts alleged in Defendant's Supplement to Motion to Continue (ECF No. 49) are very sad. Nevertheless, for all of the reasons laid out in ECF No. 48, the Supplement changes nothing. This case is 866 days old; it's ready for trial. Moreover, as Defendant well knows, the amount in dispute is small; and its successful efforts to delay progress and obfuscate the basic issues of the case have predictably resulted in an increase of attorney's fees—which is probably what Defendant wants. Defendant knows exactly what it is doing through its very experienced attorney and should not complain when Plaintiff submits his time for these excursions.

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 500
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079

sean@sanfordlawfirm.com