# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RICHARD MONAHAN**                                                                     **PLAINTIFF**

v.                              **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS, LLC**                                                               **DEFENDANT**

## ORDER

Red Mule Express, LLC's supplemental motion to continue [Doc. No. 49] is granted. Parties are directed to contact chambers to reschedule trial. Red Mule Express, LLC's motion to continue [Doc. No. 47] is denied as moot.

IT IS SO ORDERED this 8th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE