UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                            **PLAINTIFF**

**v.**                       **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS LLC**                                      **DEFENDANT**

## ORDER

The bench trial herein will begin on Monday, November 18, 2024, at 11:00 a.m. in the E. C. 'Took' Gathings Federal Building, 615 S. Main, Jonesboro, Arkansas, in Courtroom #324.

IT IS SO ORDERED this 31st day of October, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE