AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **ARKANSAS**

RICHARD MONAHAN

V.

RED MULE EXPRESS LLC

## COURT'S EXHIBIT AND WITNESS LIST

Case Number: 3:22-CV-00129-BSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian S. Miller | Sean Short | Larry Steele |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/18/2024 | Valarie Flora | Jake Kornegay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **PLAINTIFF'S WITNESS LIST** |
| 1 | | 11/18/2024 | | | Hasan Quhshi |
| 2 | | 11/18/2024 | | | Richard Monahan |
| | | | | | |
| | | | | | **DEFENDANT'S WITNESS LIST** |
| | 1 | 11/18/2024 | | | Danielle Russell |
| | | | | | |
| | | | | | **DEFENDANT'S EXHIBIT LIST** |
| | 1 | 11/18/2024 | | x | Work Hour Logs for Plaintiff |
| | 2 | 11/18/2024 | | x | Work Hour Logs for Plaintiff |
| | 3 | 11/18/2024 | | x | Text Messages from Plaintiff to Owner |
| | 4 | 11/18/2024 | | x | Witness Russell's prepared hour logs of Plaintiff |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 18, 2024
Tammy H. Downs, Clerk
By: JakeKornegay D.C.
DEP CLERK

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages