IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS, LLC**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for Richard Monahan against Red Mule Express, LLC, in the amount of $3,848.46. Monahan has fourteen days to submit his petition for attorney's fees and expenses.

IT IS SO ORDERED this 20th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE