IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                           **PLAINTIFF**

vs.                              Case No. 3:22-cv-129-BSM

**RED MULE EXPRESS, LLC**                                          **DEFENDANT**

## PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES

Plaintiff Richard Monahan, by and through his attorneys of the Sanford Law Firm, PLLC, for his Motion for Costs and Attorneys' Fees, states as follows:

1.  Plaintiff filed this case on May 25, 2022, pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*, and the Arkansas Minimum Wage Act (AMWA), Ark. Code Ann. § 11-4-201, *et seq*, to recover unpaid wages.

2.  This case progressed through discovery efforts including written discovery requests, as well as some motions practice and, ultimately through trial.

3.  The Court held a bench trial in this on November 18, 2024. At trial, the Court made a determination on liability, entered a verdict for Plaintiff against Defendant in the amount of $3,848.46, and directed Plaintiff to file a Motion for Fees and Costs by January 3. Order, ECF No. 57.

4.  Accordingly, Plaintiff files the current Motion requesting an award of costs and attorneys' fees pursuant to the FLSA, 29 U.S.C. § 216(b), and the AMWA, Ark. Code Ann. § 11-4-218(a).

5.      As shown on the Billing Spreadsheet attached hereto as Exhibit 1, Plaintiffs request $7,105.90 in attorneys' fees incurred through January 3, 2025, related to the successful litigation of Plaintiff's claims. Plaintiff categorized and summarized billing by attorney and category of work for the Court's convenience in reviewing this request.

6.      As shown in detail on Plaintiff's Costs Invoice (Exhibit 3), Plaintiff also incurred $661.52 in costs other than attorneys' fees during litigation. Plaintiff is entitled to these costs under the FLSA, 29 U.S.C. § 216(b), and under Rule 54(d).

7.      Accordingly, Plaintiffs request a total award of costs and attorneys' fees in the amount of $7,767.42.

8.      In support of this Motion, Plaintiffs attach hereto and incorporate herein the following exhibits:

    Ex. 1    Billing Spreadsheet;
    Ex. 2    Declaration of Attorney Josh Sanford; and
    Ex. 3    Costs Invoice

9.      This Motion is supported by a contemporaneous Memorandum Brief.

WHEREFORE, Plaintiffs respectfully request that this Motion for Costs and Attorneys' Fees be granted in its entirety, that the Court award Plaintiffs fees and costs in the amount of $7,767.42, and for all other just and equitable relief to which Plaintiffs may be entitled.

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com