| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category |
|---|---|---|---|---|---|---|
| 3/31/2022 | Josh Sanford | PRIVILEGED INFORMATION | $383.00 | 0.1 | $38.30 | Client Communication |
| 5/24/2022 | Courtney Lowery | Examination of intake notes and intake documents | $190.00 | 0.2 | $38.00 | Case Initiation and Complaint |
| 5/24/2022 | Courtney Lowery | Work on Client's file: research re defendant | $190.00 | 0.1 | $19.00 | Case Initiation and Complaint |
| 5/24/2022 | Courtney Lowery | PRIVILEGED INFORMATION | $190.00 | 0.1 | $19.00 | Client Communication |
| 5/24/2022 | Courtney Lowery | PRIVILEGED INFORMATION | $190.00 | 0.2 | $38.00 | Client Communication |
| 5/24/2022 | Laura Edmondson | Conference with CL (RC Call) re: potential defendants | $150.00 | 0.1 | $15.00 | In House Communication |
| 5/24/2022 | Courtney Lowery | Preparation and drafting of Complaint and Summons; conference with LE re same | $190.00 | 0.7 | $133.00 | Case Initiation and Complaint |
| 5/24/2022 | Laura Edmondson | Receive, read and prepare response to email from CL re: CMA handoff | $150.00 | 0.1 | $15.00 | In House Communication |
| 5/24/2022 | Josh Sanford | Editing and revision of complaint | $383.00 | 0.2 | $76.60 | Case Initiation and Complaint |
| 5/25/2022 | Laura Edmondson | Receipt and review of complaint | $150.00 | 0.1 | $15.00 | Case Initiation and Complaint |
| 6/9/2022 | Laura Edmondson | Examination of case file in preparation for call with client | $150.00 | 0.2 | $30.00 | Case Management |
| 6/9/2022 | Laura Edmondson | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication |
| 6/28/2022 | Laura Edmondson | Examination of answer to complaint | $150.00 | 0.1 | $15.00 | Case Initiation and Complaint |
| 7/4/2022 | Laura Edmondson | Compose electronic communication to OC (email) re: informal records request | $150.00 | 0.2 | $30.00 | Opposing Counsel Communication |
| 7/6/2022 | Laura Edmondson | Receive, read and prepare response to email from OC re: new counsel for defendant | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication |
| 7/19/2022 | Laura Edmondson | Conference with DF and AD re: client question on case status | $150.00 | 0.1 | $15.00 | In House Communication |
| 7/19/2022 | Laura Edmondson | Examination of case file and pleadings | $150.00 | 0.1 | $15.00 | Case Management |
| 7/19/2022 | Paralegal | PRIVILEGED INFORMATION | $60.00 | 0.1 | $6.00 | Client Communication |
| 7/19/2022 | Laura Edmondson | Conference regarding case status/strategy | $150.00 | 0.1 | $15.00 | In House Communication |
| 8/31/2022 | Paralegal | Preparation and drafting of 26(f) report | $60.00 | 1.5 | $90.00 | Case Management |
| 9/2/2022 | Laura Edmondson | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication |
| 9/2/2022 | Laura Edmondson | Work on Client's file: researching contact information for new OC | $150.00 | 0.1 | $15.00 | Case Management |
| 9/6/2022 | Paralegal | Preparation and drafting of 26(f) report | $60.00 | 0.3 | $18.00 | Case Management |
| 9/6/2022 | Laura Edmondson | Telephone Conference with Opposing Counsel's paralegal re: 26(f) report and message for OC | $150.00 | 0.2 | $30.00 | Opposing Counsel Communication |
| 9/6/2022 | Laura Edmondson | Conference with SG and AD re: 26(f) report proposed deadlines | $150.00 | 0.1 | $15.00 | In House Communication |
| 9/6/2022 | Paralegal | Preparation and drafting of 26(f) report re: redline changes | $60.00 | 0.4 | $24.00 | Case Management |
| 9/6/2022 | Laura Edmondson | Editing and revision of 26(f) report draft | $150.00 | 0.5 | $75.00 | Case Management |
| 9/6/2022 | Laura Edmondson | Compose electronic communication to OC (email) re: 26(f) report draft | $150.00 | 0.3 | $45.00 | Opposing Counsel Communication |
| 9/8/2022 | Laura Edmondson | Conference regarding case status/strategy | $150.00 | 0.1 | $15.00 | In House Communication |
| 9/16/2022 | Laura Edmondson | Conference with AD re: call with OC re: 26(f) report | $150.00 | 0.1 | $15.00 | In House Communication |

| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category |
|---|---|---|---|---|---|---|
| 9/16/2022 | Laura Edmondson | Compose electronic communication to OC (email) re: 26(f) report revisions | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication |
| 9/16/2022 | Paralegal | Telephone Conference(s) with OCs re: edits to 26(f) report | $60.00 | 3.2 | $192.00 | Opposing Counsel Communication |
| 9/19/2022 | Laura Edmondson | Compose electronic communication to OC (email) re: 26(f) report draft | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication |
| 9/19/2022 | Laura Edmondson | Conference with SS re: 26(f) report deadline | $150.00 | 0.1 | $15.00 | In House Communication |
| 9/19/2022 | Laura Edmondson | Conference with JS (email) re: 26(f) report deadline issue | $150.00 | 0.1 | $15.00 | In House Communication |
| 9/19/2022 | Laura Edmondson | Conference with JS re: 26(f) report notice to Court | $150.00 | 0.1 | $15.00 | In House Communication |
| 9/19/2022 | Laura Edmondson | Conference with MCP re: filing notice of filing Plaintiff's 26(f) report | $150.00 | 0.1 | $15.00 | In House Communication |
| 9/19/2022 | Laura Edmondson | Preparation and drafting of notice of filing Plaintiff's 26(f) report | $150.00 | 0.7 | $105.00 | Case Management |
| 9/19/2022 | Laura Edmondson | Editing and revision of Plaintiff's 26(f) Report | $150.00 | 0.1 | $15.00 | Case Management |
| 9/19/2022 | Paralegal | Editing and revision of 26(f) report and notice of filing | $100.00 | 0.1 | $10.00 | Case Management |
| 9/19/2022 | Laura Edmondson | Compose electronic communication to OC (email) re: Plaintiff's 26(f) report and notice of filing | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication |
| 9/26/2022 | Laura Edmondson | Conference with DF and MCP (email) re: case status and transfer | $150.00 | 0.2 | $30.00 | In House Communication |
| 9/26/2022 | Laura Edmondson | Conference with SG re: case transfer | $150.00 | 0.1 | $15.00 | In House Communication |
| 9/29/2022 | Laura Edmondson | Compose electronic communication to OC (email) re: attorney contact information | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication |
| 9/29/2022 | Laura Edmondson | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication |
| 9/29/2022 | Laura Edmondson | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication |
| 10/6/2022 | Laura Edmondson | Conference with MCP re: communications with OCs | $150.00 | 0.1 | $15.00 | In House Communication |
| 10/6/2022 | Paralegal | Preparation and drafting of InDs | $100.00 | 0.9 | $90.00 | Discovery |
| 10/6/2022 | Laura Edmondson | Conference with MCP (email) re: initial disclosures, motion to withdraw, and case status | $150.00 | 0.1 | $15.00 | In House Communication |
| 10/6/2022 | Paralegal | Compose electronic communication - eml to OCs re InDs, doc production | $100.00 | 0.2 | $20.00 | Opposing Counsel Communication |
| 10/12/2022 | Laura Edmondson | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication |
| 10/13/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication |
| 1/20/2023 | Rebecca Matlock | Preparation and drafting of FAC | $250.00 | 0.5 | $125.00 | Case Initiation and Complaint |
| 1/20/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.3 | $30.00 | Client Communication |
| 2/27/2023 | Josh Sanford | Editing and revision of Response to Order | $383.00 | 0.2 | $76.60 | Case Initiation and Complaint |
| 3/10/2023 | Rebecca Matlock | Preparation and drafting of MTD Response | $250.00 | 1.2 | $300.00 | Motions to Dismiss Responses |
| 3/14/2023 | Rebecca Matlock | Editing and revision of MTD Response; send to DF and JS. | $250.00 | 0.1 | $25.00 | Motions to Dismiss Responses |
| 5/9/2023 | Law Clerk | Prepare and compose ROGs and RFPs to be Answered by Opposing Party | $75.00 | 0.5 | $37.50 | Discovery |
| 5/16/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication |

| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category |
|---|---|---|---|---|---|---|
| 6/4/2023 | Paralegal | Work on Client's file: damages | $100.00 | 1.1 | $110.00 | Damages Calculations |
| 7/12/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Case Management |
| 7/14/2023 | Paralegal | Preparation and Drafting of Answers to Opposing Party's re: formatting discovery/ drafting objections | $100.00 | 1.6 | $160.00 | Discovery |
| 7/31/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication |
| 8/8/2023 | Paralegal | Editing and revision of discovery objections | $100.00 | 0.2 | $20.00 | Discovery |
| 8/8/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Discovery |
| 8/14/2023 | Paralegal | Compose electronic communication - eml to OCs re Plaintiff's Responses to RFPs | $100.00 | 0.2 | $20.00 | Opposing Counsel Communication |
| 8/23/2023 | Paralegal | Preparation and drafting of Demand | $100.00 | 0.6 | $60.00 | Settlement Related |
| 8/23/2023 | Paralegal | Preparation and drafting of OC copy of damages spreadsheet | $100.00 | 0.1 | $10.00 | Damages Calculations |
| 8/30/2023 | Paralegal | Preparation and drafting of Supp Disclosures | $100.00 | 0.3 | $30.00 | Discovery |
| 8/30/2023 | Paralegal | Compose electronic communication - service of supp disc, doc production | $100.00 | 0.2 | $20.00 | Opposing Counsel Communication |
| 9/5/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication |
| 9/25/2023 | Paralegal | Preparation and drafting of Jt. Status Report | $100.00 | 0.3 | $30.00 | Case Management |
| 9/26/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication |
| 10/13/2023 | Sean Short | Receipt and review of email from paralegal regarding case status; next steps. | $200.00 | 0.1 | $20.00 | In House Communication |
| 11/15/2023 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding client correspondence; case status. | $200.00 | 0.1 | $20.00 | In House Communication |
| 12/18/2023 | Sean Short | Preparation and drafting of pretrial disclosures. | $200.00 | 0.9 | $180.00 | Trial Related |
| 12/19/2023 | Sean Short | Editing and revision of Plaintiff's pretrial disclosures. | $200.00 | 0.3 | $60.00 | Trial Related |
| 12/22/2023 | Sean Short | Preparation and drafting of proposed findings of fact and conclusions of law. | $200.00 | 1.2 | $240.00 | Trial Related |
| 12/22/2023 | Sean Short | Preparation and drafting of trial brief. | $200.00 | 0.7 | $140.00 | Trial Related |
| 1/10/2024 | Sean Short | Compose electronic communication to opposing counsel regarding settlement demand; trial. | $200.00 | 0.2 | $40.00 | Opposing Counsel Communication |
| 1/10/2024 | Sean Short | Conference with JS regarding case status; email and call to opposing counsel. | $200.00 | 0.1 | $20.00 | In House Communication |
| 1/10/2024 | Sean Short | Telephone Conference(s) with Opposing Counsel regarding trial; settlement offer. | $200.00 | 0.4 | $80.00 | Opposing Counsel Communication |
| 1/10/2024 | Sean Short | Telephone Conference(s) with Opposing Counsel and JS trial; referral to MJSC. | $200.00 | 0.2 | $40.00 | Opposing Counsel Communication |
| 1/10/2024 | Sean Short | Preparation and drafting of joint motion for referral to MJSC. | $200.00 | 0.3 | $60.00 | Case Management |
| 1/11/2024 | Sean Short | Conference with JS regarding trial strategy; settlement conference; next steps. | $200.00 | 0.1 | $20.00 | In House Communication |

| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category |
|---|---|---|---|---|---|---|
| 1/12/2024 | Sean Short | Preparation and drafting of joint motion to continue trial date. | $200.00 | 0.2 | $40.00 | Case Management |
| 1/12/2024 | Sean Short | Compose electronic communication to opposing counsel regarding joint motion to continue trial date. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication |
| 1/12/2024 | Sean Short | Telephone Conference(s) with Opposing Counsel regarding joint motion to continue trial. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication |
| 1/15/2024 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.3 | $30.00 | Client Communication |
| 2/1/2024 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication |
| 2/1/2024 | Sean Short | Conference with paralegal regarding call from client, case status. | $200.00 | 0.1 | $20.00 | In House Communication |
| 3/15/2024 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication |
| 3/19/2024 | Sean Short | Receipt and review of email from Court and opposing counsel regarding scheduling settlement conference date. | $200.00 | 0.10 | $20.00 | Case Management |
| 4/23/2024 | Sean Short | Conference with paralegal regarding call from client; case status. | $200.00 | 0.1 | $20.00 | In House Communication |
| 4/23/2024 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication |
| 6/7/2024 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding client correspondence; case status. | $200.00 | 0.2 | $40.00 | In House Communication |
| 6/10/2024 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.20 | $20.00 | Client Communication |
| 8/26/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.2 | $40.00 | Client Communication |
| 8/26/2024 | Sean Short | Receipt and review of email from opposing counsel to chambers regarding stance on settlement conference. | $200.00 | 0.1 | $20.00 | Case Management |
| 8/26/2024 | Sean Short | Conference with JS regarding case status; next steps. | $200.00 | 0.1 | $20.00 | In House Communication |
| 9/24/2024 | Sean Short | Receipt and review of email from chamber's regarding Defendant's pretrial disclosures. | $200.00 | 0.1 | $20.00 | Case Management |
| 9/25/2024 | Sean Short | Receive, read and prepare response to email(s) from chamber's regarding settlement conference. | $200.00 | 0.1 | $20.00 | Case Management |
| 9/25/2024 | Sean Short | Court Appearance (including travel time and waiting) telephone conference with opposing counsel and magistrate regarding potential settlement conference. | $200.00 | 0.5 | $100.00 | Settlement Related |
| 9/26/2024 | Sean Short | Examination of motion to dismiss; brief and exhibits. | $200.00 | 0.2 | $40.00 | Motions to Dismiss Responses |
| 9/27/2024 | Rebecca Matlock | Preparation and drafting of Response to Def's 3rd MTD | $250.00 | 0.9 | $225.00 | Motions to Dismiss Responses |
| 9/27/2024 | Sean Short | Editing and revision of response to motion to dismiss. | $200.00 | 0.1 | $20.00 | Motions to Dismiss Responses |
| 9/27/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.3 | $60.00 | Client Communication |
| 10/3/2024 | Paralegal | Preparation and drafting of Response to Motion to Continue | $100.00 | 0.1 | $10.00 | Case Management |
| 10/3/2024 | Josh Sanford | Editing and revision of Response to Motion to Continue | $383.00 | 0.2 | $76.60 | Case Management |
| 10/7/2024 | Josh Sanford | Preparation and drafting of Response to Motion | $383.00 | 0.1 | $38.30 | Case Management |

| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category |
|---|---|---|---|---|---|---|
| 10/9/2024 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding potential dates for trial. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication |
| 10/11/2024 | Sean Short | Receive, read and prepare response to email(s) from staff regarding message from client; case status. | $200.00 | 0.1 | $20.00 | In House Communication |
| 10/11/2024 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication |
| 10/31/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication |
| 11/11/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication |
| 11/15/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication |
| 11/15/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 1.1 | $220.00 | Client Communication |
| 11/18/2024 | Sean Short | Preparation for Hearing; create outline for direct examination. | $200.00 | 1.6 | $320.00 | Trial Related |
| 11/18/2024 | Sean Short | Court Appearance (including travel time and waiting) bench trial in Jonesboro. | $200.00 | 5.5 | $1,100.00 | Trial Related |
| 12/3/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication |
| 12/9/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication |
| 12/20/2024 | Sean Short | Examination of Order on Findings of Fact and Conclusions of law. | $200.00 | 0.10 | $20.00 | Case Management |
| 12/20/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication |
| 12/20/2024 | Rebecca Matlock | Preparation and drafting of Fee Petition: review invoice for duplicate, vague, privileged entries; categorize entries; zero-out noncompensable entries | $250.00 | 0.70 | $175.00 | Fee Petition |
| 12/30/2024 | Rebecca Matlock | Preparation and drafting of Fee Petition: Motion, Brief, JS dec | $250.00 | 1.50 | $375.00 | Fee Petition |
| 1/2/2025 | Sean Short | Editing and revision of Fee Petition | $200.00 | 0.30 | $60.00 | Fee Petition |
| | | **Total:** | | **43.40** | **$7,105.90** | |

| Entry No. |
|---:|
| 4 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 17 |
| 20 |
| 22 |
| 27 |
| 28 |
| 31 |
| 37 |
| 38 |
| 39 |
| 40 |
| 41 |
| 43 |
| 47 |
| 48 |
| 50 |
| 51 |
| 52 |
| 53 |
| 54 |
| 55 |
| 57 |
| 60 |
| 61 |

| Entry No. |
|---|
| 62 |
| 63 |
| 64 |
| 67 |
| 68 |
| 70 |
| 71 |
| 72 |
| 73 |
| 74 |
| 76 |
| 84 |
| 85 |
| 86 |
| 87 |
| 88 |
| 89 |
| 90 |
| 91 |
| 94 |
| 99 |
| 100 |
| 106 |
| 107 |
| 116 |
| 123 |
| 124 |
| 129 |
| 132 |

| Entry No. |
|---|
| 133 |
| 134 |
| 135 |
| 141 |
| 142 |
| 143 |
| 144 |
| 145 |
| 146 |
| 147 |
| 148 |
| 149 |
| 151 |
| 153 |
| 164 |
| 165 |
| 166 |
| 167 |
| 168 |
| 169 |
| 179 |
| 180 |
| 181 |
| 182 |
| 183 |
| 186 |

| Entry No. |
|---|
| 187 |
| 188 |
| 189 |
| 194 |
| 196 |
| 197 |
| 199 |
| 203 |
| 205 |
| 206 |
| 209 |
| 210 |
| 214 |
| 215 |
| 216 |
| 220 |
| 222 |
| 223 |
| 228 |
| 229 |
| 230 |
| 233 |
| 247 |
| 250 |
| 259 |

| Entry No. |
|---|
| 261 |
| 263 |
| 264 |
| 266 |
| 270 |
| 271 |
| 272 |
| 273 |
| 274 |
| 277 |
| 278 |
| 279 |
| 280 |
| 281 |
| 282 |
| 283 |