| Date | Description | Amount |
|---|---|---|
| 5/25/2022 | Filing Fee | $402.00 |
| 7/22/2022 | Service Fee to ABC Legal Services | $69.00 |
| 11/20/2024 | Trial Travel Expenses | $190.52 |
| | **Total:** | **$661.52** |