**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

RICHARD MONAHAN                                                                                    PLAINTIFF

VS.                                         NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                                                       DEFENDANT

**DEFENDANT'S MOTION FOR ORDER GRANTING LEAVE TO FILE
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR COSTS
AND ATTORNEY'S FEES OUT OF TIME**

Comes Defendant, Red Mule Express, LLC ("Red Mule"), by and through its attorney, Larry J. Steele PLC, and for its Motion for Order Granting Leave to File Defendant's Response to Plaintiff's Motion for Costs and Attorneys' Fees Out of Time, states:

1. Plaintiff's attorney filed his Motion for Costs and Attorney's Fees on January 3. 2025.

2. The undersigned counsel for Defendant Red Mule, Larry J. Steele, states within the last two (2) weeks he has made five or six trips to Osceola, Arkansas, a 216 mile round trip, or four hours on the road, in the matters of *State of Arkansas v. Zachary Jamar Smith*, Mississippi County Circuit Nos. 47OCR-23-113, 47OCR-23-247, NO. 47OCR-24-156, NO. 47OCR-24-251 and 47OCR-25-16.

3. Further, the undersigned has experienced three (3) days of being snowed in.

4. This motion is made in good faith and not for undue delay.

WHEREFORE, the undersigned prays the Court enter an Order granting leave to file Defendant Red Mule's Response to Plaintiff's Motion for Costs and Attorney's fees out of time.

Respectfully submitted,

Larry J. Steele
Ark. Bar No. 78146
Attorney for Defendant
LARRY J. STEELE PLC
225 West Elm Street/P.O. Box 561
Walnut Ridge, AR  72476-0561
(870) 886-5840/(870) 886-5873 fax
email:  steelelaw7622@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Sean Short
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: sean@sanfordlawfirm.com

Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: josh@sanfordlawfirm.com

Larry J. Steele