IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                                                      PLAINTIFF

VS.                                          NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                                                         DEFENDANT

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES**

Comes Defendant, Red Mule Express, LLC ("Red Mule"), by and through its attorney, Larry J. Steele PLC, and for its Response to Plaintiff's Motion for Costs and Attorneys' Fees, states:

1. Defendant has been denied due process and equal protection guaranteed by the Fourteenth Amendment to the United States Constitution by the trial tactics of Plaintiff, Richard Monahan ("Monahan").

2. Defendant was forced to file a Motion to Dismiss the original Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) because of a lack of specifics regarding Plaintiff's claims of lack of overtime pay.

3. Although Plaintiff filed an Amended Complaint, the Amended Complaint did not cure the deficiency of the original Complaint, a lack of specifics regarding hours worked.

4. Plaintiff's present attorney is believed to be his third attorney.

5. Plaintiff testified he was told when he was hired that he would not be given overtime and no overtime pay; Plaintiff worked other employee's hours without Defendant's approval.

6. Defendant offered three exhibits, Exhibits 1, 2 and 3, regarding a calendar Plaintiff provided during initial disclosures for the first six (6) weeks Plaintiff worked.

7. Also included in the first three exhibits was a computation by a law clerk hired by the first attorney for Defendant which were more legible and showed Defendant worked a total of twenty-five (25) hours and five (5) minutes overtime, or 26 hours.

8. Plaintiff testified that Defendant's Exhibits 1, 2 and 3 were correct, truthful.

9. Defendant's exhibits were copies of a check made to Plaintiff, Richard Monahan, in the amount of $429.00 based on Plaintiff's original time sheets, and a receipt showing receipt of the payment of all hours worked overtime the first six (6) weeks pursuant to Exhibits 1, 2 and 3.

10. Although Plaintiff claimed to have worked six (6) more weeks, Plaintiff offered no evidence of timesheets, etc., and only vaguely testified about working many hours overtime.

11. The matter was presented at a bench trial on November 18, 2024 as no agreement could be reached.

12. Defendant argues that the matter should have been dismissed as Defendant paid overtime that Plaintiff claimed was due based on evidence, thus, the balance of any claim is trivial, contrived to support attorneys' fees, not supported by evidence or specifics. Defendant argues that equitably, this amounts to a settlement to be reviewed by the Court. *See Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018).

WHEREFORE, Defendant prays the Court enter an Order denying Plaintiff's Motion for Costs and Attorneys' Fees.

                Respectfully submitted,

                Larry J. Steele
                Ark. Bar No. 78146
                Attorney for Defendant
                LARRY J. STEELE PLC
                225 West Elm Street/P.O. Box 561
                Walnut Ridge, AR  72476-0561
                (870) 886-5840/(870) 886-5873 fax
                email:  steelelaw7622@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Sean Short
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: sean@sanfordlawfirm.com

Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: josh@sanfordlawfirm.com

                Larry J. Steele