IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                          **PLAINTIFF**

v.                           **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS, LLC**                                            **DEFENDANT**

### ORDER

Richard Monahan's motion for attorneys' fees and costs [Doc. No. 59] is granted and Red Mule Express, LLC is ordered to pay Monahan's fees in the amount of $7,105.90 and costs in the amount of $661.52.  This award is reasonable because Monahan prevailed at trial and is seeking reimbursement for the 43.4 hours spent by counsel prosecuting the case and the expenses it incurred in doing so.  29 U.S.C. § 216(b); Ark. Code Ann. § 114-218(a);  Pl.'s Mot. Costs Att'y Fees, Exs. 2–3, Decl. Att'y Josh Sanford at 6, Doc. No. 59; *see Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983) (lodestar calculation of fees is proper).

IT IS SO ORDERED this 24th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE