IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                                    PLAINTIFF

VS.                              NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                      DEFENDANT

**NOTICE OF APPEAL**

Defendant, Red Mule Express, LLC, by and through its attorney, Larry J. Steele PLC, respectfully gives notice of appeal to the United States Court of Appeals for the Eighth Circuit from the Court's Order of January 24, 2025 [Document 65] granting Plaintiff, Richard Monahan,'s Motion for Attorneys' Fees and Costs [Document 59].

Defendant, Red Mule Express, LLC, by and through its attorney, Larry J. Steele PLC, respectfully gives notice of appeal to the United States Court of Appeals for the Eighth Circuit from the Court's Order of December 20, 2024 [Document 57] granting Plaintiff, Richard Monahan, overtime pay and benefits.

Hours claimed by Plaintiff for overtime were worked by agreement of other employees, not Defendant.

Issues were presented at the final hearing, not previously made known, yet specific dates and times claimed worked overtime were not presented.

Issues regarding overtime and attorneys' fees were intertwined so that the two influenced each other.

The Defendant, Red Mule Express, LLC, was denied due process and equal protection pursuant to the 14th Amendment to the United States Constitution by the United States District Court, including, but not limited to an award of payment of overtime, attorneys' fees, and costs.

        Respectfully submitted,

        Larry J. Steele
        Ark. Bar No. 78146
        Attorney for Defendant
        LARRY J. STEELE PLC
        225 West Elm Street
        P.O. Box 561
        Walnut Ridge, AR  72476-0561
        (870) 886-5840
        (870) 886-5873 fax
        email:  steelelaw7622@sbcglobal.net

## CERTIFICATE OF SERVICE

  I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Sean Short
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: sean@sanfordlawfirm.com

Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Email: josh@sanfordlawfirm.com

        Larry J. Steele