UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 13, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
                DEP CLERK
```

No: 25-1217

Richard Monahan

Plaintiff - Appellee

v.

Red Mule Express LLC

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00129-BSM)

**JUDGMENT**

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

November 13, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler