# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 13, 2025

Larry Joe Steele
225 W. Elm Street
P.O. Box 561
Walnut Ridge, AR  72476-0561

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 13, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
         DEP CLERK
```

RE:  25-1217  Richard Monahan v. Red Mule Express LLC

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Susan E. Bindler
Clerk of Court

BNW

Enclosure(s)

cc:     Clerk, U.S. District Court, Eastern District of Arkansas
        Josh Sanford
        Sean Short

   District Court/Agency Case Number(s):   3:22-cv-00129-BSM

# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1217
_____

Richard Monahan

*Plaintiff - Appellee*

v.

Red Mule Express LLC

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Northern

_____

Submitted: November 7, 2025
Filed: November 13, 2025
[Unpublished]

_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Red Mule Express LLC appeals the district court's[1] judgment in favor of Richard Monahan after a bench trial and its order awarding attorney's fees and costs

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

in Monahan's action for unpaid overtime wages. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See <u>Buchl v. Gascoyne Materials Handling & Recycling, LLC</u>, 100 F.4th 950, 956 (8th Cir. 2024) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____