IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                                                       **PLAINTIFF**

vs.                                         Case No. 3:22-cv-129-BSM

**RED MULE EXPRESS, LLC**                                                              **DEFENDANT**

### PLAINTIFF'S MOTION TO AMEND JUDGMENT UNDER RULE 59(E) TO INCLUDE APPELLATE COSTS AND ATTORNEYS' FEES

Plaintiff Richard Monahan, by and through his attorneys of the Sanford Law Firm, PLLC, for his Motion for Costs and Attorneys' Fees, states as follows:

1. Plaintiff filed this case on May 25, 2022, pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*, and the Arkansas Minimum Wage Act (AMWA), Ark. Code Ann. § 11-4-201, *et seq*, to recover unpaid wages.

2. This case progressed through discovery efforts including written discovery requests, as well as some motions practice and, ultimately through trial.

3. The Court held a bench trial in this on November 18, 2024. At trial, the Court made a determination on liability, entered a verdict for Plaintiff against Defendant in the amount of $3,848.46, and directed Plaintiff to file a Motion for Fees and Costs by January 3. Order, ECF No. 57.

4. Plaintiff filed his Motion for Costs and Attorneys' Fees (ECF No. 59), which the Court granted on January 24, 2025 (ECF No. 65).

Page 1 of 4
Richard Monahan v. Red Mule Express, LLC
U.S.D.C. (E.D. Ark.) Case No. 3:22-cv-129-BSM
Plaintiff's Motion to Amend Judgment Under Rule 59(e)
to Include Appellate Costs and Attorneys' Fees

5. In its Order, this Court awarded to Plaintiff $7,767.42 in attorneys' fees and costs (ECF No. 65).

6. Following the entry, Defendant filed Notice of Appeal on February 3, 2025 (ECF No. 66).

7. After review of briefing from both parties, the Eighth Circuit dismissed the appeal. *See* Judgment, attached as Ex. 4.

8. Plaintiff is entitled to his costs and fees for successfully defending an appeal under the FLSA. *See Sanders v. Elephant Butte Irrigation Dist. Of N.M.*, 112 F.3d 468, 472 (10th Cir. 1997) (deeming FLSA plaintiff entitled to attorneys' fees following successful appeal); *Whittingham v. Nordam Grp., Inc.*, 429 F.3d 986 (10th Cir. 2005) (same in ADEA case); *Newhouse v. Robert's Ilima Tours*, 708 F.2d 436, 441 (9th Cir. 1983) (holding that attorney's fees under the FLSA "may include fees for appellate and post-remand services"); *Heder v. City of Two Rivers*, 93 Fed. Appx. 81, 82 (7th Cir. 2004) ("Plaintiff is entitled to an award of fees for defending the district court's award.").

9. Plaintiff respectfully requests that this Court amend its Judgment to include the fees and costs expended in successfully defending Plaintiff's victory on appeal.

10. As shown on the Billing Spreadsheet attached hereto as Exhibit 1, Plaintiff requests $4,473.20 in attorneys' fees related to the successful litigation of Defendant's appeal.

Page 2 of 4
Richard Monahan v. Red Mule Express, LLC
U.S.D.C. (E.D. Ark.) Case No. 3:22-cv-129-BSM
Plaintiff's Motion to Amend Judgment Under Rule 59(e)
to Include Appellate Costs and Attorneys' Fees

11.As shown in detail on Plaintiff's Bill of Costs (Exhibit 3), Plaintiff also incurred $96.60 in costs other than attorneys' fees during the appeal. Plaintiff is entitled to these costs under the FLSA, 29 U.S.C. § 216(b), and under Rule 54(d).[1]

12.Accordingly, Plaintiff requests a total award of costs and attorneys' fees associated with the appeal in the amount of $4,569.80.

13.In support of this Motion, Plaintiff attaches hereto and incorporates herein the following exhibits:

Ex. 1Billing Spreadsheet;
Ex. 2Declaration of Attorney Josh Sanford;
Ex. 3Bill of Costs; and
Ex. 4Eighth Circuit Decision

14.This Motion is supported by a contemporaneous Memorandum Brief.

WHEREFORE, Plaintiff respectfully requests that this Motion to Amend Judgment to include Appellate Costs and Attorneys' Fees be granted in its entirety, that the Court amend its judgment to include an award to Plaintiff for fees and costs associated with the appeal in the amount of $4,569.80, and for all other just and equitable relief to which Plaintiff may be entitled.

---

[1]Plaintiff has separately filed a Bill of Costs with the Eighth Circuit pursuant to Fed. R. App. P. 39.

Page 3 of 4
Richard Monahan v. Red Mule Express, LLC
U.S.D.C. (E.D. Ark.) Case No. 3:22-cv-129-BSM
Plaintiff's Motion to Amend Judgment Under Rule 59(e)
to Include Appellate Costs and Attorneys' Fees

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 4 of 4
Richard Monahan v. Red Mule Express, LLC
U.S.D.C. (E.D. Ark.) Case No. 3:22-cv-129-BSM
Plaintiff's Motion to Amend Judgment Under Rule 59(e)
to Include Appellate Costs and Attorneys' Fees