| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category | Entry No. |
|---|---|---|---|---|---|---|---|
| 2/3/25 | Sean Short | Conference with JS regarding notice of appeal. | $200.00 | 0.1 | $20.00 | In House Communication | 2 |
| 2/3/25 | Sean Short | Compose electronic communication to client regarding case status. | $200.00 | 0.1 | $20.00 | Client Communication | 3 |
| 2/14/25 | Josh Sanford | Receive, read and prepare response to email(s) from OC; conference with SS; review appellate filings | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | 17 |
| 2/14/25 | Sean Short | Conference with JS regarding method of appendix preparation. | $200.00 | 0.1 | $20.00 | In House Communication | 15 |
| 2/14/25 | Sean Short | Compose electronic communication to JS and RM regarding deadline to file designation of Record. | $200.00 | 0.1 | $20.00 | In House Communication | 16 |
| 2/20/25 | Sean Short | Receive, read and prepare response to email(s) from client regarding case status. | $200.00 | 0.1 | $20.00 | Client Communication | 22 |
| 3/14/25 | Josh Sanford | Receive, read and prepare response to email(s) from OC; review appellate filings | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | 25 |
| 4/11/25 | Sean Short | Conference with RM regarding Appellant's Brief and Addendum. | $200.00 | 0.1 | $20.00 | In House Communication | 36 |
| 4/17/25 | Sean Short | Receive, read and prepare response to email(s) from client regarding case status. | $200.00 | 0.2 | $40.00 | Client Communication | 41 |
| 4/18/25 | Sean Short | Conference with JS regarding Appellant's brief. | $200.00 | 0.1 | $20.00 | In House Communication | 42 |
| 4/18/25 | Sean Short | Examination of Appellant's brief and addendum on appeal. | $200.00 | 0.8 | $160.00 | Appeal Brief | 44 |
| 4/29/25 | Sean Short | Examination of Appellant's appendix. | $200.00 | 0.3 | $60.00 | Appeal Brief | 48 |
| 4/29/25 | Sean Short | Compose electronic communication to RM regarding Appellant's appendix; transcript and exhibits from trial. | $200.00 | 0.1 | $20.00 | In House Communication | 49 |
| 5/1/25 | Sean Short | Receive, read and prepare response to email(s) from client regarding case status. | $200.00 | 0.1 | $20.00 | Client Communication | 50 |
| 5/5/25 | Rebecca Matlock | Preparation and drafting of Appellee's Brief | $250.00 | 1.8 | $450.00 | Appeal Brief | 53 |
| 5/6/25 | Rebecca Matlock | Preparation and drafting of Appellee's Brief | $250.00 | 2.5 | $625.00 | Appeal Brief | 54 |
| 5/7/25 | Rebecca Matlock | Preparation and drafting of Appellee Brief | $250.00 | 1.8 | $450.00 | Appeal Brief | 55 |
| 5/8/25 | Rebecca Matlock | Preparation and drafting of Appellee Brief | $250.00 | 1.4 | $350.00 | Appeal Brief | 56 |
| 5/12/25 | Rebecca Matlock | Preparation and drafting of Appellee's Brief | $250.00 | 2.5 | $625.00 | Appeal Brief | 57 |
| 5/13/25 | Sean Short | Conference with JS regarding preparing appendix for response. | $200.00 | 0.1 | $20.00 | In House Communication | 59 |
| 5/13/25 | Sean Short | Conference with RM regarding preparing appendix for response; table of contents and table of authorities. | $200.00 | 0.2 | $40.00 | In House Communication | 60 |
| 5/13/25 | Sean Short | Conference with paralegal regarding preparing appendix for response brief. | $200.00 | 0.1 | $20.00 | In House Communication | 61 |
| 5/19/25 | Josh Sanford | Examination of email to OC | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | 65 |
| 5/19/25 | Sean Short | Preparation and drafting of table of authorities. | $200.00 | 1.7 | $340.00 | Appeal Brief | 62 |
| 5/21/25 | Sean Short | Editing and revision of appellee brief. | $200.00 | 0.2 | $40.00 | Appeal Brief | 69 |
| 5/21/25 | Sean Short | Editing and revision of appendix for appellee brief. | $200.00 | 0.3 | $60.00 | Appeal Brief | 70 |
| 5/21/25 | Sean Short | Conference with RM regarding edits to Appellee Brief. | $200.00 | 0.1 | $20.00 | In House Communication | 71 |
| 5/22/25 | Rebecca Matlock | Editing and revision of Appellee's Brief to update pin cites to docket | $250.00 | 0.4 | $100.00 | Appeal Brief | 73 |
| 5/22/25 | Sean Short | Receive, read and prepare response to email(s) from RM regarding edits to appellee brief. | $200.00 | 0.1 | $20.00 | In House Communication | 72 |
| 6/6/25 | Sean Short | Examination of Appellant's appendix; cross-check record against Appellee's appendix references for duplicates. | $200.00 | 0.3 | $60.00 | Appeal Brief | 82 |
| 6/18/25 | Sean Short | Conference with staff regarding call from 8th circuit; appendix to brief. | $200.00 | 0.1 | $20.00 | In House Communication | 86 |
| 6/18/25 | Sean Short | Conference with staff regarding preparing and binding paper copies of appellee brief for submission to 8th Circuit and opposing counsel. | $200.00 | 0.1 | $20.00 | Appeal Brief | 88 |
| 6/19/25 | Sean Short | Receive, read and prepare response to email(s) from JS regarding preparing paper briefs. | $200.00 | 0.1 | $20.00 | In House Communication | 90 |
| 7/28/25 | Josh Sanford | Examination of letter and brief from OC | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | 107 |
| 7/28/25 | Sean Short | Examination of Appellant's Reply brief. | $200.00 | 0.2 | $40.00 | Appeal Brief | 106 |
| 7/29/25 | Sean Short | Examination of no argument letter. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 108 |
| 9/24/25 | Sean Short | Receive, read and prepare response to email(s) from client regarding case status. | $200.00 | 0.1 | $20.00 | Client Communication | 111 |
| 10/15/25 | Sean Short | Receive, read and prepare response to email(s) from client regarding case status; next steps. | $200.00 | 0.1 | $20.00 | Client Communication | 112 |
| 11/12/25 | Sean Short | Examination of opinion and judgment of 8th Circuit as to Defendant's appeal. | $200.00 | 0.1 | $20.00 | Appeal Brief | 113 |
| 11/13/25 | Sean Short | Compose electronic communication to client regarding case status. | $200.00 | 0.1 | $20.00 | Client Communication | 114 |
| 11/19/25 | Rebecca Matlock | Preparation and drafting of Motion for Fees/Amend Judgment: prepare invoice; check for duplicate, vague, nonbillable entries | $250.00 | 0.4 | $100.00 | Fee Petition | 115 |
| 11/20/25 | Rebecca Matlock | Preparation and drafting of Motion for Fees/Amend Judgment: brief | $250.00 | 1.2 | $300.00 | Fee Petition | 116 |
| 11/21/25 | Sean Short | Editing and revision of Motion for Fees/Amend Judgment fee petition | $200.00 | 0.3 | $60.00 | Fee Petition | 117 |
| | | | | | **$4,473.20** | | |