IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                                                         **PLAINTIFF**

vs.                                           Case No. 3:22-cv-129-BSM

**RED MULE EXPRESS, LLC**                                                                      **DEFENDANT**

## DECLARATION OF ATTORNEY JOSH SANFORD

Pursuant to 28 U.S.C. § 1746, Josh Sanford declares, subject to the penalties for perjury, as follows:

1. My name is Josh Sanford, and I am over the age of 18 and duly qualified to execute this Declaration and to swear to the accuracy of the facts herein contained.

2. I am an attorney licensed and in good standing in the State of Arkansas. I practice law with the law firm of Sanford Law Firm, PLLC (hereinafter "Sanford Law Firm"), which is located in Little Rock, which I founded in Russellville in 2001. I opened an office in Little Rock in 2009 and then began to predominantly practice in the Arkansas District Courts, together with a busy Western District of Texas practice. We have had eight offices throughout the U.S., and we have had attorneys living and working in five states.

3. I practice law full-time, and I manage the other attorneys in the Sanford Law Firm. *See* "Team," Sanford Law Firm, https://www.sanfordlawfirm.com/team/ (last viewed 14 January 2022).

4. Including cases now pending, I have prosecuted over 200 wage lawsuits in Texas in the last five years. Some of these were arbitrations.

5.	Including cases now pending, I have prosecuted over 500 wage lawsuits in Arkansas in the last ten years.

6.	Sanford Law Firm was recently recognized as being the premier prosecutor of wage theft violation cases in all federal courts across the United States. https://unicourt.com/blog/us-district-courts-labor-litigation-2020/ (last visited 9 March 2021).

7.	In the course of my law practice, I engage in a significant amount of wage and hour litigation—specifically cases arising under the Fair Labor Standards Act (FLSA) and the comparable Arkansas Minimum Wage Act (AMWA).  A significant portion of my case load is in various federal courts around the United States, including trial work in cases arising under Title VII of the Civil Rights Act of 1964, the Equal Pay Act, the FLSA, and the Family and Medical Leave Act.

8.	I am licensed to practice law in all state and federal courts in the States of Arkansas, Colorado and Texas. I am also actively engaged in appellate practice.  I have handled cases before almost all county Circuit Courts in the Central and River Valley regions of Arkansas, the United States District Courts for the Eastern and Western Districts of Arkansas, the United States District Courts for the Eastern, Southern, Northern and Western Districts of Texas, United States District Court for the Northern District of Oklahoma, United States District Court for the Southern District of Ohio, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Michigan, the District Court of Nebraska, the United States District Court for the District of Oregon, and the Fifth, Sixth and Eighth Circuit Courts of Appeals—as well as several other district courts.

9. I am familiar with the customary and reasonable fees charged by myself and by other attorneys engaged in appellate practice in the Eastern and Western Districts of Arkansas. Generally, the customary and reasonable fee charged for federal appellate court work by local attorneys in the Eighth Circuit is $200 to $400 per hour, depending upon experience and specialty. There are certainly others who charge higher than that range.

10. The rates charged by Sanford Law Firm's attorneys are reasonable. The rates are reflective of the number of years each attorney has practiced, the attorneys' expertise in employment issues such as the FLSA, the contingent nature of an award of fees, the rates charged by other attorneys specializing in FLSA work, and orders from this District. The staff time and hourly rate for the Sanford Law Firm below are likewise reasonable and comparable.

11. Individual billing requested in this case, including the requested hourly rates for each attorney and support staff member, is summarized below:

| Billed By | Rate | Time Claimed | Value Claimed |
|---|---|---|---|
| **Josh Sanford** | $383.00 | 0.4 | $153.20 |
| **Rebecca Matlock** | $250.00 | 12.0 | $3,000.00 |
| **Sean Short** | $200.00 | 6.6 | $1,320.00 |
| **Total** | | 19.0 | $4,473.20 |

12. Each attorney's hourly rates are supported by their skills and experience, some of which are described more thoroughly below:

   a. Attorney Sean Short graduated from Washington University in St. Louis School of Law in 2013. Since 2016, Mr. Short's legal practice has focused exclusively on prosecuting wage and hour violations under the FLSA and AMWA in district courts throughout the country. In his eight years at Sanford Law Firm, Mr. Short has served as lead counsel in more than 50 FLSA cases and as co-counsel in excess of 300 FLSA matters, where he has

successfully represented thousands of plaintiffs and opt-in plaintiffs through settlement or trial in some of the largest FLSA collective actions in Arkansas. Prior to practicing wage and hour litigation, Mr. Short worked in the litigation department at an international law firm in Bangkok, Thailand where he worked on cross-border matters involving Thai, Burmese, and American law.

b. Attorney Rebecca Matlock graduated, magna cum laude, from the UALR William H. Bowen School of Law in 2015. Her practice focuses primarily on employment law litigation, particularly in the FLSA context. As a law student, Ms. Matlock served as Executive Editor of the UALR Law Review, in which Ms. Matlock had an article published in the Spring of 2015 issue. Ms. Matlock has been practicing with Sanford Law Firm for approximately ten years and has completed numerous drafting projects, including fee requests and appellate briefing, as she did in this case.

13. Appellate work is time-consuming and rigorous, and the amount of time spent by our firm at each step in this case is reasonable. With these matters in mind, I reviewed the hourly rates for the attorneys and staff that the Sanford Law Firm is seeking in this case.

14. Based on my experience and knowledge, it is my opinion that these hourly rates are reasonable given the attorneys' skills, expertise, and reputations, and they are within the range of rates awarded to attorneys with similar backgrounds and experience.

15. The request for attorney's fees and costs is based upon contemporaneous time and expense records maintained by Sanford Law Firm as a matter of ordinary and customary business practice. The time and billing records identify the amount of time expended, the tasks performed, the rate of the particular timekeeper involved, and the costs incurred. A true and accurate copy of a spreadsheet reflecting relevant legal services rendered and time expended on this case through November 21, 2025, is attached to Plaintiff's Motion to Amend Judgment as Exhibit 1 (hereinafter "Invoice").

16. Each task reflected in the attached Invoice was necessary to the successful

resolution of this matter; the hours expended were actually expended on the topics stated; the time spent on each task was reasonable; and the rates claimed are also reasonable.

17.     The time spent reviewing, categorizing and reducing fees reflected in the Billing Spreadsheet is reasonable because it reflects the exercise of billing judgment and allows the charges to be sorted by attorney and category of work to assist the Court in understanding the charges reasonably incurred by the Sanford Law Firm in this case.

18.     Each billing entry in this case has been categorized according to its particular purposes in order to assist the Court in understanding how time was expended in this case. This information is summarized below:

| Category | Time | Value |
|---|---|---|
| Appeal Brief | 14.4 | $3,400.00 |
| Client Communication | 0.8 | $160.00 |
| Fee Petition | 1.9 | $460.00 |
| In House Communication | 1.4 | $280.00 |
| Opposing Counsel Communication | 0.5 | $173.20 |
| Total | 19.0 | $4,473.20 |

19.     The categories of work summarized above were developed by Sanford Law Firm to assist this Court in determining the reasonableness of fees. Categorizing individual charges is more of an art than a science, meaning some charges might fit well into more than one category, but good faith efforts were made to put each billing entry into the category that best defined it.

20.     In my experience, appellate drafting is more complex and time consuming than the drafting performed at the district court level. The analysis is often in-depth and lengthy, and even when the issues are simple the execution of the overall briefing is not.

This is seen in this case by the number of hours required to draft Appellee's brief, as seen in the chart above. Despite the simplicity of Red Mule's initial briefing, the Sanford Law Firm expended significant time and effort in refuting what was ultimately an entirely futile claim by Red Mule.

21. Because my practice has primarily focused on FLSA work, I am familiar with the law surrounding Appellee's claims in this case. Red Mule did not raise a single point on appeal that was not contradicted by well-settled case law. Despite the ease with which the attorneys at the Sanford Law Firm were able to defend Red Mule's appeal, the time and resources spent in doing so should be reimbursed. Because of Red Mule's appeal, the team was not able to pursue other work and Appellee has not been paid his duly awarded damages.

22. In addition to fees, court costs and recoverable expenses were also incurred in this matter. These costs, totaling $96.60, are included in the Bill of Costs attached to Plaintiff's Motion to Amend Judgment and filed with the Eighth Circuit pursuant to Federal Rule of Appellate Procedure 39.

23. The amount of the costs requested is correct. The costs stated were necessarily incurred during the case, the services giving rise to the costs were actually and necessarily performed.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 24th day of November, 2025.

*/s/ Josh Sanford*
**JOSH SANFORD**