<u>**UNITED STATES COURT OF APPEALS**</u>
<u>**FOR THE EIGHTH CIRCUIT**</u>

CASE NO. 25-1217

RICHARD MONAHAN,

Plaintiff/Appellee

v.

RED MULE EXPRESS, LLC,

Defendant/Appellant

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

Court File No. 3:22-cv-129-BSM

APPELLEE'S BILL OF COSTS

Josh Sanford (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

**ATTORNEY FOR PLAINTIFF-APPELLEE**

Counsel for Richard Monahan, Appellee, respectfully submits, pursuant to Rule 39 of the Federal Rules of Civil Procedure, this bill of costs and verifies the following itemized amounts:

1. Appellee brief: $96.60 (12 copies, 27 pages each at $0.15 per page plus $2.00 per copy for binding and $2.00 per copy for cover pages).

    Respectfully submitted,

    **APPELLEE RICHARD MONAHAN**

    SANFORD LAW FIRM, PLLC
    KIRKPATRICK PLAZA
    10800 FINANCIAL CENTRE PARKWAY, SUITE 510
    LITTLE ROCK, ARKANSAS 72211
    TELEPHONE: (501) 221-0088
    FACSIMILE: (888) 787-2040

    /s/ Josh Sanford
    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

      I, Josh Sanford, hereby certify that, on November 24, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which will provide notice to the following attorneys of record:

    Larry J. Steele
    LARRY J. STEELE PLC
    Post Office Box 78146
    Walnut Ridge, Arkansas 72476
    Telephone: (870) 886-5840
    Email: steelelaw7622@sbcglobal.net

                                        /s/ Josh Sanford
                                        **Josh Sanford**
                                        **Counsel for Appellee**