IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                                              PLAINTIFF

VS.                                      NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                                                     DEFENDANT

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Comes the undersigned attorney, and for his Motion to Withdraw as Attorney of Record, states:

1. The undersigned became involved while trying to help another attorney, Calvin Harrell, III, obtain his license to practice in federal court.

2. Calvin Harrell, III's license to practice law was suspended by the Arkansas Supreme Court because of personal problems.

3. Appellant's representative informed the undersigned he did not want to pursue this matter any further than the Eighth Circuit Court of Appeals.

4. No money is owed Appellant by the undersigned.

5. This motion is made in good faith and not for undue delay.

WHEREFORE, the undersigned prays the Court enter an Order allowing him to withdraw as attorney of record for Appellant, Red Mule Express, LLC.

1

        Respectfully submitted,

        Larry J. Steele
        Ark. Bar No. 78146
        Attorney for Appellant
        LARRY J. STEELE PLC
        225 West Elm Street
        P.O. Box 561
        Walnut Ridge, AR  72476-0561
        (870) 886-5840
        (870) 886-5873 fax
        email:  steelelaw7622@sbcglobal.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
(888) 787-2040 fax
Email: josh@sanfordlawfirm.com

        Larry J. Steele