UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                                                    **PLAINTIFF**

**v.**                                      **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS, LLC**                                                              **DEFENDANT**

## ORDER

Larry Steele's motion to withdraw as legal counsel for Red Mule Express, LLC [Doc. No. 75] is denied.

IT IS SO ORDERED this 7th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE