# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RICHARD MONAHAN**                                                                               **PLAINTIFF**

v.                              **CASE NO. 3:22-CV-00129-BSM**

**RED MULE EXPRESS, LLC**                                                              **DEFENDANT**

## ORDER

Richard Monahan's motion for attorney's fees [Doc. No. 73] is granted. Red Mule Express, LLC is ordered to pay Monahan's appeal fees in the amount of $4,473.20.

IT IS SO ORDERED this 18th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE