**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 1 2026

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                    PLAINTIFF

vs.                                    No. 3:22-CV-00129-BSM

RED MULE EXPRESS, LLC                                              DEFENDANT

CENTENNIAL BANK                                                    GARNISHEE

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Eastern District of Arkansas for issuance of a Writ of Garnishment to satisfy a Judgment against Defendant Red Mule Express, LLC. In support of this application, the following information is provided:

1.      On December 20, 2024, this Court entered a Judgment in favor of Plaintiff against Defendant for $3,848.46 in damages (ECF No. 58). On January 24, 2025, the Court awarded $7,105.90 in attorney's fees and $661.52 in costs (ECF No. 65). On December 31, 2025, the Eighth Circuit awarded $96.60 in taxable costs on appeal (Case No. 25-1217). On February 18, 2026, the Court awarded $4,473.20 in appeal fees (ECF No. 80). *See* Judgment, ECF No. 58; Order on Fees, ECF No. 65; Eighth Circuit Order, Case No. 25-1217; Order on Appeal Fees, ECF No. 80.

2.      As of April 1, 2026, the Judgment and Orders remain outstanding in the amount of $16,185.68 as follows:

| | |
|---|---|
| Judgment (12/20/2024): | $3,848.46 |
| Attorney's Fees and Costs (1/24/2025): | $7,767.42 |
| Eighth Circuit Costs (12/31/2025): | $96.60 |
| Appeal Fees (2/18/2026): | $4,473.20 |
| **Balance Due:** | **$16,185.68** |

3.     Plaintiff alleges that there is reason to believe that Centennial Bank ("Garnishee") is indebted to Defendant or possesses goods, chattels, moneys, credits, or effects belonging to them.

4.     Therefore, Plaintiff respectfully requests the issuance of the Writ of Garnishment attached to this Application.

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
Josh@sanfordlawfirm.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                    **PLAINTIFF**

vs.                                          No. 3:22-CV-00129-BSM

**RED MULE EXPRESS, LLC**                                         **DEFENDANT**

**CENTENNIAL BANK**                                                  **GARNISHEE**

## ALLEGATIONS AND INTERROGATORIES

COMES NOW Plaintiff Richard Monahan, by and through his attorneys Sean Short and Josh Sanford of Sanford Law Firm, PLLC, and hereby states these Allegations and Interrogatories to Garnishee prerequisite to garnishment herein:

## ALLEGATIONS

1.      On December 20, 2024, Plaintiff Richard Monahan was awarded a Judgment against Defendant Red Mule Express, LLC, in the amount of $3,848.46 in damages. ECF No. 58. On January 24, 2025, Plaintiff was awarded $7,105.90 in attorney's fees and $661.52 in costs. ECF No. 65. On December 31, 2025, the Eighth Circuit awarded Plaintiff $96.60 in taxable costs on appeal. On February 18, 2026, Plaintiff was awarded $4,473.20 in appeal fees. ECF No. 80. The total amount awarded is $16,185.68.  See Judgment, ECF No. 58; Order on Fees, ECF No. 65; Eighth Circuit Order, Case No. 25-1217; Order on Appeal Fees, ECF No. 80.

2.      Defendant maintains a deposit account with Centennial Bank.

3.     The Judgment is now outstanding and in full force and effect. The amount of $16,185.68 remains unpaid as of April 1, 2026.

4.     Plaintiff believes that Garnishee is indebted to Defendant or has in its possession goods, moneys, credits, promissory notes, accounts, or effects belonging to Defendant. Therefore, Plaintiff propounds the following interrogatories to Garnishee:

## INTERROGATORIES

1.     Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Red Mule Express, LLC.?

2.     If so, what is the nature and value thereof?

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
Josh@sanfordlawfirm.com