**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

RICHARD MONAHAN                                                    PLAINTIFF

VS.                              NO. 3:22-cv-129-BSM

RED MULE EXPRESS, LLC                                              DEFENDANT

**RESPONSE TO**
**APPLICATION FOR WRIT OF GARNISHMENT**

Comes Larry J. Steele, the undersigned attorney for Defendant, Red Mule Express, LLC ("Red Mule"), and for his Response to Application for Writ of Garnishment, states:

1.      No good deed goes unpunished. The undersigned became involved in this matter trying to help a former client's son obtain his license to practice in federal court.

2.      The owner of Defendant Red Mule is an immigrant from Jordan.

3.      When Plaintiff was hired by Red Mule he was told by the owner that employees were not assigned overtime because he did not pay overtime.

4.      Despite being advised that Red Mule Did not pay overtime, Plaintiff volunteered to work other employees hours without first informing Red Mule or being requested by Red Mule to do so. Plaintiff also volunteered to work additional hours without being requested to do so by Red Mule.

5.      The owner of Red Mule filed an Affidavit that he paid Plaintiff in cash for the overtime hours Plaintiff claimed he worked. *(See Exhibit A)*

6.      The matter has been about justifying attorney's fees from the beginning. The present attorney is the third or fourth attorney representing Plaintiff. The undersigned responds to prevent the claim of malpractice.

WHEREFORE, Defendant objects to the Writ of Garnishment.

Respectfully submitted,

Larry J. Steele
Ark. Bar No. 78146
Attorney for Defendant
LARRY J. STEELE PLC
225 West Elm Street
P.O. Box 561
Walnut Ridge, AR  72476-0561
(870) 886-5840
(870) 886-5873 fax
email:  steelelaw7622@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
(888) 787-2040 fax
Email: sean@sanfordlawfirm.com

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
(888) 787-2040 fax
Email: josh@sanfordlawfirm.com

I hereby certify that on April 13, 2026, I mailed by certified mail, return receipt requested, the above RESPONSE TO APPLICATION FOR WRIT OF GARNISHMENT, to the following:

Mr. Saeed Quhshi
Red Mule Express, LLC
1706 Highway 62/412
Highland, AR 72542

Larry J. Steele

2