IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                    PLAINTIFF

VS.                                    NO. 3:22-CV-00129-BSM

RED MULE EXPRESS, LLC                                              DEFENDANT

CENTENNIAL BANK                                                    GARNISHEE

## GARNISHEE'S ANSWER TO WRIT OF GARNISHMENT

Comes now the Garnishee, Centennial Bank, by and through its attorneys, Shaw & Elenbaas, and for its Answer to the Writ of Garnishment states the following:

1. Garnishee admits the statements contained in allegation number one as evidenced by the Writ of Garnishment served upon it.

2. Garnishee admits the Defendant maintains deposit accounts with Centennial Bank.

3. Garnishee is without sufficient knowledge to admit or deny the validity of the statement contained in allegation number three and therefore must deny it.

4. Garnishee admits that it is indebted to the named Defendant, Red Mule Express LLC, and holds $12,872.24 in available funds.

## RESPONSE TO INTERROGATORIES

**INTERROGATORY 1:** Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Red Mule Express, LLC.?

**RESPONSE:** Yes, Garnishee holds $12,872.24 in available funds for Red Mule Express, LLC.

**INTERROGATORY 2:** If so, what is the nature and value thereof?

**RESPONSE:** Garnishee maintains deposit accounts with Centennial Bank holding $12,872.24, in available.

WHEREFORE, the Garnishee, Centennial Bank, having fully answered prays that the Writ of Garnishment be dismissed, that it be discharged from any further liability, and for all other necessary and proper relief to which it may be entitled.

Respectfully submitted,

/s/ Lauren M. Elenbaas
Lauren M. Elenbaas, #2014130
Eric N. Wilson, #2020126
SHAW & ELENBAAS
1312 Oak Street
Conway, Arkansas 72034
Phone: 501-329-5803
Fax: 501-327-2961
lauren@theshawfirm.com
Attorneys for Centennial Bank

## CERTIFICATE OF SERVICE

I, Lauren M. Elenbaas, do hereby certify that a true and correct copy of the foregoing document has been delivered, via electronic filing system and First Class, U.S. Mail, to all parties of record as listed below on this 6th day of April, 2026:

Sean Short
Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, AR 72211

Red Mule Express LLC
1706 Highway 62 412
Highland, AR 72542

/s/ Lauren M. Elenbaas
Lauren M. Elenbaas

2



## VERIFICATION

I, Hannah Carter, as Custodian of Records for Centennial Bank, do hereby certify on oath that the information contained in the foregoing Answer to Writ of Garnishment for Case No. 22-CV-00129-BSM is true and correct to the best of my knowledge, on ___2nd___ Day of ___April___, 2026 @ ___3:43___ am/pm.

_____
Hannah Carter, Legal Order Processor

**STATE OF ARKANSAS** )
                          ) SS.
**COUNTY OF FAULKNER** )

**SUBSCRIBED AND SWORN** to me before a notary public on this __2__ date of ___April___, 2026.

_____
Notary Public

My Commission Expires:

___7/25/33___