IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                    **PLAINTIFF**

vs.                              No. 3:22-CV-00129-BSM

**RED MULE EXPRESS, LLC**                                         **DEFENDANT**

**CENTENNIAL BANK**                                                 **GARNISHEE**

## MOTION FOR ENTRY OF ORDER TO DISBURSE FUNDS

COMES NOW Plaintiff Richard Monahan and he moves the Court to enter an order to disburse funds and for grounds, states the following:

1.    On December 20, 2024, a Judgment was entered in this Court in the above-captioned matter in favor of Richard Monahan and against Defendant Red Mule Express, LLC, in the amount of $3,848.46 in damages. *See* ECF No. 58. On January 24, 2025, the Court awarded $7,105.90 in attorney's fees and $661.52 in costs. *See* ECF No. 65. On December 31, 2025, the Eighth Circuit awarded $96.60 in taxable costs on appeal. *See* Case No. 25-1217. On February 18, 2026, the Court awarded $4,473.20 in appeal fees. *See* ECF No. 80.

2.    As of April 1, 2026, the balance of the Judgment and Orders as set out in the Writ of Garnishment is $16,185.68, and the Clerk of the Court issued a Writ of Garnishment which was served upon Centennial Bank ("Garnishee"). *See* ECF No. 81.

3.    On April 16, 2026, Garnishee answered the Writ and admitted that

Defendant Red Mule Express, LLC, has funds in an account with Garnishee in the amount of $12,872.24. *See* ECF No. 83.

4.      On April 13, 2026, Judgment Debtor, Defendant Red Mule Express, LLC, filed a Response objecting to the Application for Writ of Garnishment. ECF No. 82.

5.      Defendant's Response raises no cognizable legal objection to the writ or to withhold disbursement of the garnished funds. Rather than identifying any procedural defect in the Writ, asserting any applicable exemption, or presenting any other legally sufficient basis to challenge the garnishment, Defendant's Response consists entirely of factual assertions going to the merits of the underlying FLSA claim—a claim that was fully adjudicated at trial, resolved by a judgment following a bench trial in Plaintiff's favor, and affirmed on appeal by the Eighth Circuit. Defendant's objection should be overruled.

6.      Attached as Exhibit 1 to this Motion is a proposed order to disburse funds held by the Garnishee.

7.      This Motion is supported by a Memorandum Brief filed contemporaneously herewith.

8.      Plaintiff respectfully moves the Court to enter the proposed order to disburse funds, attached as Exhibit 1.

WHEREFORE, Plaintiff Richard Monahan respectfully requests that the Motion for Entry of Order to Disburse Funds be granted and for all other proper relief.

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
Josh@sanfordlawfirm.com