IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                      **PLAINTIFF**

vs.                                       No. 3:22-CV-00129-BSM

**RED MULE EXPRESS, LLC**                                        **DEFENDANT**

**CENTENNIAL BANK**                                                    **GARNISHEE**

## ORDER TO DISBURSE FUNDS

Now before the Court are the Writ of Garnishment issued at the request of Plaintiff Richard Monahan ("Plaintiff") to Centennial Bank, the Answer of Garnishee Centennial Bank ("Garnishee"), and Plaintiff's Motion for Entry of Order, and other matters and proof, from which the Court finds as follows:

1.      On or about April 2, 2026, a Writ of Garnishment ("Writ") was issued and served upon Garnishee.

2.      On April 13, 2026, Defendant filed a Response objecting to the Application for Writ of Garnishment.

3.      On April 16, 2026, Garnishee answered the Writ and admitted that the Defendant Red Mule Express, LLC, has funds in an account with Garnishee in the amount of $12,872.24.

4.      Defendant's Response raises no cognizable legal objection to the Writ of Garnishment. Defendant does not identify any procedural defect in the Writ, assert any applicable exemption, or present any legally sufficient basis to withhold disbursement.

Defendant's Response attempts to relitigate the merits of the underlying claim, which was fully adjudicated at trial and affirmed on appeal by the Eighth Circuit. Defendant's objection is hereby **OVERRULED**.

5.      Garnishee is hereby directed to make payment to Plaintiff's counsel Sanford Law Firm, PLLC, forthwith, the sum of $12,872.24, and that same amount shall be credited against the judgment debt.

6.      Garnishee Centennial Bank is hereby directed to disburse to Plaintiff's counsel any additional funds of Defendant deposited into or credited to Defendant's account(s) at Centennial Bank after the date of this Order, up to the remaining unpaid balance of the judgment, until the total judgment amount of $16,185.68 is fully satisfied.

7.      Garnishee shall be discharged from any further obligation under this Order upon full satisfaction of the judgment amount of $16,185.68.

**IT IS SO ORDERED.**

_____
**HON. BRIAN S. MILLER**
**UNITED STATES DISTRICT JUDGE**

DATE: _____, ____, 2026

Prepared by:

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com