**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 1 2026

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD MONAHAN                                                PLAINTIFF

vs.                          No. 3:22-CV-00129-BSM

RED MULE EXPRESS, LLC                                          DEFENDANT

CENTENNIAL BANK                                                GARNISHEE

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Eastern District of Arkansas for issuance of a Writ of Garnishment to satisfy a Judgment against Defendant Red Mule Express, LLC. In support of this application, the following information is provided:

1.      On December 20, 2024, this Court entered a Judgment in favor of Plaintiff against Defendant for $3,848.46 in damages (ECF No. 58). On January 24, 2025, the Court awarded $7,105.90 in attorney's fees and $661.52 in costs (ECF No. 65). On December 31, 2025, the Eighth Circuit awarded $96.60 in taxable costs on appeal (Case No. 25-1217). On February 18, 2026, the Court awarded $4,473.20 in appeal fees (ECF No. 80). *See* Judgment, ECF No. 58; Order on Fees, ECF No. 65; Eighth Circuit Order, Case No. 25-1217; Order on Appeal Fees, ECF No. 80.

2.      As of April 1, 2026, the Judgment and Orders remain outstanding in the amount of $16,185.68 as follows:

| | |
|---|---|
| Judgment (12/20/2024): | $3,848.46 |
| Attorney's Fees and Costs (1/24/2025): | $7,767.42 |
| Eighth Circuit Costs (12/31/2025): | $96.60 |
| Appeal Fees (2/18/2026): | $4,473.20 |
| **Balance Due:** | **$16,185.68** |

3.      Plaintiff alleges that there is reason to believe that Centennial Bank ("Garnishee") is indebted to Defendant or possesses goods, chattels, moneys, credits, or effects belonging to them.

4.      Therefore, Plaintiff respectfully requests the issuance of the Writ of Garnishment attached to this Application.

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
Josh@sanfordlawfirm.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                  **PLAINTIFF**

vs.                                           No. 3:22-CV-00129-BSM

**RED MULE EXPRESS, LLC**                                      **DEFENDANT**

**CENTENNIAL BANK**                                            **GARNISHEE**

## ALLEGATIONS AND INTERROGATORIES

COMES NOW Plaintiff Richard Monahan, by and through his attorneys Sean Short and Josh Sanford of Sanford Law Firm, PLLC, and hereby states these Allegations and Interrogatories to Garnishee prerequisite to garnishment herein:

## ALLEGATIONS

1.      On December 20, 2024, Plaintiff Richard Monahan was awarded a Judgment against Defendant Red Mule Express, LLC, in the amount of $3,848.46 in damages. ECF No. 58. On January 24, 2025, Plaintiff was awarded $7,105.90 in attorney's fees and $661.52 in costs. ECF No. 65. On December 31, 2025, the Eighth Circuit awarded Plaintiff $96.60 in taxable costs on appeal. On February 18, 2026, Plaintiff was awarded $4,473.20 in appeal fees. ECF No. 80. The total amount awarded is $16,185.68. *See* Judgment, ECF No. 58; Order on Fees, ECF No. 65; Eighth Circuit Order, Case No. 25-1217; Order on Appeal Fees, ECF No. 80.

2.      Defendant maintains a deposit account with Centennial Bank.

3.      The Judgment is now outstanding and in full force and effect. The amount of $16,185.68 remains unpaid as of April 1, 2026.

4.      Plaintiff believes that Garnishee is indebted to Defendant or has in its possession goods, moneys, credits, promissory notes, accounts, or effects belonging to Defendant. Therefore, Plaintiff propounds the following interrogatories to Garnishee:

## INTERROGATORIES

1.      Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Red Mule Express, LLC.?

2.      If so, what is the nature and value thereof?

Respectfully submitted,

**PLAINTIFF RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
Josh@sanfordlawfirm.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD MONAHAN**                                                      **PLAINTIFF**

vs.                                  No. 3:22-CV-00129-BSM

**RED MULE EXPRESS, LLC**                                          **DEFENDANT**

**CENTENNIAL BANK**                                                    **GARNISHEE**

## WRIT OF GARNISHMENT

1.      On December 20, 2024, a Judgment was entered in favor of Plaintiff Richard Monahan against Defendant in the amount of $3,848.46 in damages (ECF No. 58). The Court subsequently awarded $7,105.90 in attorney's fees and $661.52 in costs (ECF No. 65), $96.60 in Eighth Circuit taxable costs (Case No. 25-1217), and $4,473.20 in appeal fees (ECF No. 80), for a total of $16,185.68. As of April 1, 2026, the amount of $16,185.68 remains unsatisfied.

2.      Plaintiff alleges that there is reason to believe that Centennial Bank ("Garnishee") is indebted to Defendant Red Mule Express, LLC., or possesses goods, chattels, moneys, credits, or effects belonging to Defendant Red Mule Express, LLC.

3.      Garnishee is directed to prepare a written answer, UNDER OATH, and to file this answer in the office of Clerk of the United States District Court, Eastern District of Arkansas, within TWENTY (20) days from the date on which it is served with this Writ. The written answer should contain a statement of any and

all goods, chattels, moneys, credits, or effects Garnishee may possess belonging to Defendant Red Mule Express, LLC. Unless Garnishee files such written answer within TWENTY (20) days, judgment may be rendered against it for the stated amount, together with court costs of this action.

4.    In addition, Garnishee is required to answer any further interrogatories that may be propounded to it.

5.    There are federal restrictions on the amount that a Garnishee may withhold from an employee's pay. Please consult Wage-Hour Publication No. 1279, obtainable from the United States Department of Labor, Wage and Hour Division.

6.    Garnishee should not pay any money to the Clerk but should hold the money until an order from the Court directs Garnishee to release the money.

## NOTICE TO NON-EMPLOYER GARNISHEE

FAILURE TO ANSWER THIS WRIT WITHIN 20 DAYS OR FAILURE OR REFUSAL TO ANSWER THE INTERROGATORIES ATTACHED HERETO SHALL RESULT IN THE COURT ENTERING A JUDGMENT AGAINST YOU AND YOU BECOMING PERSONALLY LIABLE FOR THE FULL AMOUNT SPECIFIED IN THIS WRIT TOGETHER WITH COSTS OF THIS ACTION.

### NOTICE TO DEFENDANT OF YOUR RIGHT TO KEEP WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED

The Writ of Garnishment or Writ of Execution delivered to you with this Notice means that wages, money, or other property belonging to you has been garnished in order to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP YOUR MONEY OR PROPERTY FROM BEING TAKEN, SO READ THIS NOTICE CAREFULLY.

State and federal laws say that certain money and property may not be taken to pay certain types of court judgments. Such money or property is said to be "exempt" from garnishment.

For example, under the Arkansas Constitution and state law, you will be able to claim as exempt all or part of your wages or other personal property.

As another example, under federal law the following are also exempt from garnishment: Social Security, SSI, Veteran's benefits, AFDC (welfare), unemployment compensation, and workers' compensation.

You have a right to ask for a court hearing to claim these or other exemptions. If you need legal assistance to help you try to save your wages or property from being garnished, you should see a lawyer. If you can't afford a private lawyer, contact your local bar association or ask the Clerk's office about any legal services program in your area.

**U.S. DISTRICT COURT CLERK**
**TAMMY H. DOWNS**

By: _____

Date: 4/1/26 , 2026

## EXPLANATION

| | |
|---|---|
| Judgment (12/20/2024): | $3,848.46 |
| Attorney's Fees and Costs (1/24/2025): | $7,767.42 |
| Eighth Circuit Costs (12/31/2025): | $96.60 |
| Appeal Fees (2/18/2026): | $4,473.20 |
| **Balance Due:** | **$16,185.68** |